AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

___FIRST___ DISTRICT OF ___MASSACHUSETTS___

UNITED STATES

v.

EDDIE SANTIAGO

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   United States of America

I certify that I am admitted to practice in this court.

___4/14/05___
Date

___[signature]___
Signature

___Thomas J. O'Connor, Jr.___   ___640433___
Print Name                              Bar Number

___1550 Main Street, Room 310___
Address

___Springfield___   ___MA___   ___01103___
City                State       Zip Code

___413-785-0395___   ___413-785-0394___
Phone Number          Fax Number