AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

___FIRST___ DISTRICT OF ___MASSACHUSETTS___

UNITED STATES

v.

**APPEARANCE**

EDDIE SANTIAGO

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    United States of America

I certify that I am admitted to practice in this court.

___4/14/05___
Date

___[signature]___
Signature

___Ariane D. Vuono___  ___545766___
Print Name                Bar Number

___1550 Main Street, Room 310___
Address

___Springfield___  ___MA___  ___01103___
City              State     Zip Code

___413-785-0330___  ___413-785-0394___
Phone Number        Fax Number