```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>                            )<br>    v.                      )<br>                            )<br>                            )<br>EDDIE SANTIAGO,       )<br>    a/k/a "E-Dub,"       )<br>                            )<br>                            )<br>                            )<br>        Defendant.      )  | Criminal No. 05-30020-MAP<br><br>VIOLATION:<br><br>21 U.S.C. § 841<br>(Possession with Intent to<br>Distribute Cocaine and<br>Cocaine Base)<br>(Count One) |

## INDICTMENT

The Grand Jury charges:

COUNT ONE:   (Title 21, United States Code, Section 841:
             Possession with Intent to Distribute Cocaine Base)

    1.   On or about May 17 , 2004, in Hampden County, in the District of Massachusetts,

EDDIE SANTIAGO, a/k/a "E-Dub,"

the defendant herein, did knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II Controlled Substance.

    2.   The grand jury further charges that the offense in Part 1 of Count One of this Indictment involved fifty grams or more of a mixture or substance containing cocaine base in the form of crack cocaine.  Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(iii) applies to this case.

    All in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
THOMAS J. O'CONNOR, JR.
ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS:

Returned into the District Court by the Grand Jurors and filed on April 14, 2005. at 3:43 pm

_____
DEPUTY CLERK OF COURT