UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                       ) | CRIMINAL NO. 05-30020-MAP |
| ) | |
| ) | |
| EDDIE SANTIAGO,          ) | |
|    a/k/a "E-Dub,"     ) | |
|    Defendant.        ) | |

GOVERNMENT'S MOTION TO UNSEAL
ARREST WARRANT AND INDICTMENT

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, moves this Court, pursuant to Local Rule 7.2, to unseal the warrant for arrest and Indictment in the above-referenced case.

As grounds for this motion, the government states the defendant has been arrested and therefore there is no reason to further seal the arrest warrant and Indictment.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
~~Ariane D. Vuono~~ Thomas J. O'Connor, Jr.
Assistant U.S. Attorney