UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CRIMINAL NO. 05-30020-MAP |
| EDDIE SANTIAGO, ) | |
| a/k/a "E-Dub," ) | |
| Defendant. | |

### MOTION FOR DETENTION HEARING

The United States moves for pretrial detention of defendant, pursuant to 18 U.S.C. Section 3142(e) and (f).

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because it involves (check all that apply):

   _____ Crime of violence (18 U.S.C. Section 3156)

   __X__ Maximum sentence life imprisonment or death

   __X__ 10 plus years drug offense

   __X__ Felony, with two prior convictions in above categories

   __X__ Serious risk defendant will flee

   _____ Serious risk of obstruction of justice

2. <u>Reason for Detention</u>. The court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

   __X__ Defendant's appearance as required

   __X__ Safety of any other person and the community

3. <u>Rebuttable Presumption</u>. The United States (will) ~~will not~~ invoke the rebuttable presumption against defendant under Section 3142(e). (If yes) The presumption applies because (check one or both):

  __X__ Probable cause to believe defendant committed 10 plus year drug offense or firearms offense, 18 U.S.C. Section 924(c)

  _____ Previous conviction for "eligible" offense committed while on pretrial bond

4. __Time for Detention Hearing__. The United States requests the court conduct the detention hearing,

  __X__ At first appearance

  _____ After continuance of ____ days (not more than 3)

5. __Witnesses__. The United States intends to call the following witnesses: *Proffer*

The amount of time for direct examination of these witnesses is estimated to be: one-half hour.

6. __Other Matters__.

_____

_____

_____

DATED this 27th day of April, 2005.

            _____
            Assistant United States Attorney