AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

**APPEARANCE**

Case Number: 05cr30020

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  Eddie Santiago

Date: 4/27/05

Signature: _[signature]_

Print Name: Mark Mastroianni

Address: 95 State

City: Sfld   State: Ma.   Zip Code: _____

Phone Number: 732-0222