UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 05-30020-MAP |
| ) | |
| ) | |
| EDDIE SANTIAGO, ) | |
|         Defendant ) | |

INTERIM SCHEDULING ORDER
June 30, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the Status Conference this day:

1. An interim status conference will be held on August 3, 2005, at 3:00 p.m. in Courtroom III.

2. On or before the close of business, August 2, 2005, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

IT IS SO ORDERED.

                                                        /s/   Kenneth P. Neiman
                                                        KENNETH P. NEIMAN
                                                        U.S. Magistrate Judge