UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIM. NO. 05-30020-MAP |
| ) | |
| EDDIE SANTIAGO, ) | |
| Defendant. ) | |

## JOINT MOTION FOR LEAVE TO FILE ONE DAY LATE

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Thomas J. O'Connor, Jr., Assistant United States Attorney, and Mark G. Mastroianni, Esq., counsel for Eddie Santiago, hereby request that leave be granted for them to file the attached Interim Status Conference Report one day late. As grounds for this motion the parties state that the interim status conference report was due on August 2, 2005, but that the parties were unable to confer until August 3, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Thomas J. O'Connor, Jr.
Assistant U.S. Attorney

_____
Mark G. Mastroianni, Esq.
Counsel for Eddie Santiago

Dated: August 3, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CRIM. NO. 05-30020-MAP |
| ) | |
| EDDIE SANTIAGO, ) | |
| ) | |
| Defendant.   ) | |

**INTERIM STATUS CONFERENCE REPORT**

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Thomas J. O'Connor, Jr., Assistant United States Attorney, and Mark G. Mastroianni, Esq., counsel for Eddie Santiago, hereby submit the following interim status report.

1. The defendant continues to contemplate change of counsel. Present counsel for the defendant anticipates that he will be in a position to report whether he will remain in the case by the presently scheduled conference date of August 8, 2005.

2. The parties hereby reiterate the issues enumerated in their previously submitted initial joint status conference report.

3. The parties agree that the period of time from June 15, 2005, the date of the initial status conference in this case, through August 8, 2005, the scheduled date for the interim status conference, be excluded from the Speedy Trial Act clock in the

1

interests of justice, pursuant to 18 U.S.C. § 3161(h)(8)(A), on the grounds that the defendant has been using that time to contemplate change of counsel.

4. The parties agree that it would be appropriate at this time to schedule a final status conference.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: *(signature)*
Thomas J. O'Connor, Jr.
Assistant U.S. Attorney

*(signature)*
Mark G. Mastroianni, Esq.
Counsel for Eddie Santiago

Dated: August 3, 2005