UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 05-30020-MAP |
| ) | |
| EDDIE SANTIAGO, ) | |
| Defendant ) | |

FINAL STATUS REPORT
August 9, 2005

NEIMAN, U.S.M.J.

The court held an interim status conference on August 8, 2005, this day which was converted into a final status conference. In accord with Local Criminal Rule 116.5(D), the court reports as follows:

1. A pretrial conference has been scheduled for September 22, 2005, at 2:00 p.m. in Courtroom I. Defendant will report at the time what dispositive motions, if any, he intends to file.

2. All discovery has been completed.

3. A trial is likely and will take approximately five days.

4. The parties report and the court finds that thirty-five days will have run on the Speedy Trial clock as of September 22, 2005. An Order of Excludable Delay will issue.

5. There are no other matters to report.

   /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge

Case 3:05-cr-30020-MAP   Document 17   Filed 08/09/2005   Page 2 of 2