UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CRIM. NO. 05-30020-MAP |
| | ) | |
| | ) | |
| EDDIE SANTIAGO, | ) | |
| | ) | |
| Defendant. | ) | |

## **INFORMATION**

Comes now the United States of America, by and through

Michael J. Sullivan, United States Attorney for the District of

Massachusetts, pursuant to Title 21, United States Code, Section

851(a)(1), and states that it is the intent of the United States

to rely upon a previous felony drug conviction of defendant EDDIE

SANTIAGO to increase the punishment that may be imposed by this

Court upon defendant EDDIE SANTIAGO's conviction for the drug

offenses alleged in the Indictment in the above-captioned matter.

The prior felony convictions upon which the Government

intends to rely regarding EDDIE SANTIAGO are the following:

1.  a conviction for Possession with Intent
    To Distribute a Class B Substance
    (Cocaine), Hampden County Superior
    Court, Indictment No. 97-2181;

2.  a conviction for Possession with Intent
    To Distribute a Class D Substance
    (Marijuana), Hampden County Superior
    Court, Indictment No. 97-2182; and

3.  a conviction for Possession of a Class B
    Substance (Cocaine), Subsequent offense,
    Springfield District Court, Springfield,
    Massachusetts, Docket No. 0123CR3554.

Photocopies of the certified copies of the convictions, clerk's logs, and appearances of counsel are attached and are incorporated fully herein.  The original certified copies are in the custody of the government.

Filed this 17th day of August, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____

ARIANE D. VUONO
THOMAS J. O'CONNOR, JR.
Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

Mark G. Mastroianni, Esq.
95 State Street
Springfield, MA 01103

This 17th day of August, 2005.

_____

Ariane D. Vuono
Thomas J. O'Connor, Jr.
Assistant U.S. Attorneys

2

COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, SS                                          SUPERIOR COURT
                                                     INDICTMENT NO: 97-2181

COMMONWEALTH

VS.

EDDIE SANTIAGO

---

### INDICTMENT
### UNLAWFUL POSSESSION OF A CONTROLLED SUBSTANCE WITH
### INTENT TO DISTRIBUTE (CLASS B - COCAINE)
### GENERAL LAWS CHAPTER 94C, SECTION 32A(c)

---

At the Superior Court, begun and holden at SPRINGFIELD, within and for the COUNTY of HAMPDEN, on the first Tuesday of September 1997. The GRAND JURORS for the Commonwealth of Massachusetts on their oath present that:

**EDDIE SANTIAGO**

defendant herein, of SPRINGFIELD in the COUNTY of HAMPDEN, on or about September 10, 1997, at Springfield in the COUNTY of HAMPDEN, not being authorized by the provisions of General Laws Chapter 94C, did knowingly or intentionally manufacture, distribute or dispense, or did possess with the intent to manufacture, distribute or dispense, a controlled substance in Class B, namely: COCAINE.

_____     **A TRUE BILL**     _____
Foreman of the Grand Jury                          District Attorney

=================================================================

RETURN

HAMPDEN, ss  On this 7th day of October , 1997, this indictment was returned and presented to said Superior Court by the Grand Jury, and ordered to be filed and filed.

ATTEST _____ Assistant Clerk

A true copy:

Attest:

_____
Assistant Clerk

Hampden Division
Superior Court Department
Marie G. Mazza, Esq.
Clerk /Magistrate

CLERK'S LOG

**97-2181**

Case No. _____

COMMONWEALTH    v.

EDDIE SANTIAGO

Assistant District Attorney

2-18-98 _M. Harris_

Attorney for Defendant

| Date | Judge | Procedure | Clerk | Ct. Reporter |
|------|-------|-----------|-------|--------------|
| | | atty R. Gordon appt. R53 Arr. Only | | |
| 10/30/97 | McDonald J | W.F.R.  Posted in District  K. M.  PLEA: P.N.G. wt BAIL: $500 to be transfer McDonald | McDonald | Lai's Cos |
| | | Date of: Pretrial Conference: 11-10-97  * Report to | | |
| | | Probation 2 times a week in person – | | |
| | | To Pay $200 for Counsel Fee. | | |
| 11/10/97 | Rup, J. | Atty M. Harris apptd R.53 | Hinley | Fazz |
| | | MC 12/29/97, M.H. 1/5/98, CTS 2/18/98 | | |
| | | Trial 3/5/98. | | |
| 1-5-98 | Hottmayer | motion allowed | Darnoth | J. Frazer |
| 2-18-98 | Fortean | TD 3-5-98 | MGM | Karabinu |
| 1t-20-97 | BAIL | Recog. #6 $500 | E. | J. |
| 3/4/98 | McDonald J | T 5/28/98 | Jargun | Freer |
| 5/28/98 | Fortean J. | Cont'd 4/2/98 CTS | T Hinley | Th Tape |
| 6/2/98 | Josephson J | continued to 8/28/98 for T | Roses | Freer |
| 8/3/98 | McDonald T. | cont'd to 8/6/98 set TD | LSG | Flaherty |
| | | presence excused 8/6 | | |
| 8/6/98 | McDonald, T. | Cont'd to 9/23/98 PCR. | T Hinley | Freer |
| 9/23/98 | Sweeney T | Cont'd to 9/28/98 Trial | T Hinley | |
| 9/28/98 | Fortean J. | Disp. 10-7-98 or trial – | K. M. McDonald | J. Free |
| | | Oct. 21, 1998. | | |
| 10/7/98 | Sweeney, J. | Trial – Oct. 21, 1998. | K. M. McDonald | J. Free |
| 10/21/98 | Sweeney T | Cont'd 10-28-98 CTS | T Hinley | T Mill |
| 10/28/98 | Sweeney T | Cont'd 11-5-98 Trial. | T Hinley | Flaherty |

Hampden Division
Superior Court Department                                        97-2181
Marie G. Mazza                    PAGE  2              Case No. _____
Clerk/Magistrate                  CLERK'S LOG

COMMONWEALTH  V. _____ EDDIE SANTIAGO _____

| Date | Judge | Procedure | Clerk | Ct. Reporter |
|------|-------|-----------|-------|--------------|
| 11-5-98 | Josephson | Held for Trial 11-6-98 or Dispo | Eason | Freer |
| 11-6-98 | Josephson | Held for Trial 11-13-98 | Eason | Freer |
| 11-13-98 | Jacqlwon | Motion to Continue Denied - Sent to Judge Carhart for trial | Chernock | Freer |
| 11/13/98 | Carhart | Returned & 1st session | Fitzgerald | Costa |
| 11/13/98 | Josephson | Renewed motion to continue. Allowed, continue to 12/29/98 for Trial or Disposition | Fitzgerald | Freer |
| 12/29/98 | Josephson J | A.D.A Donato reported out today and defense requested continuance (T) Continued to 2/10/99 | LS Gentile | Freer |
| 2/10/99 | Josephson J | Retracts & pleads guilty to so much of the indictment as alleges Unlaw poss of ClB cocaine w/e to dist (94C-32A(b)) Ct accepts plea. Sentence: Hampden Cty J & L - 2½ yrs, 6 months direct. Bal. suspended. Ordered on probation for 5 yrs on & after sentence of 6 months. No credit agreed | | |

PAGE 3
CLERK'S LOG

Case No. 97-2181

COMMONWEALTH V.  _Eddie Santiago_

| Date | Judge | Procedure | Clerk | Ct. Reporter |
|------|-------|-----------|-------|--------------|
| 2/10/99 | Josephson J | Condition of probation: Drug counseling, treatment + testing as deemed necessary by PO. Sup Rt Probation Contract ordered into effect. VIW assess. of $60.00 Drug assess of $150.00 Prob supervisory fee to be det by P.O. Deft notified of 278, 24J Warning. | Vargason | Freur |
| 2/10/99 | — | Issued. | — | — |
| 1/19/99 | Velis J | Cont'd to 11/30/99 for pre revocation hg | Vargason | Vautrain M |
| 11/30/99 | Velis J. | Final Hearing - Dec. 16, 1999. | McKrool L.P. | L. Calabrese |
| 12/8/99 | Ford J. | Motion heard. Cont'd to 1/7/00 FH | T. Shirley | V. Britt |
| 1/7/00 | Curley J. | Cont'd to 2/17/00 FH. | T. Shirley | L. Calabrese |
| 2/17/00 | Curley J | After hearing det foul in viol of prob prob ext 1-20-2003 subject to special conditions of prob as indicated by the court on the record | Chernich | Mongston |

Hampden Division
Superior Court Department                    PAGE  4                    Case No. 97-2181
Marie E. Mazza                               CLERK'S LOG
Clerk/Magistrate

COMMONWEALTH  V.        EDDIE SANTIAGO

| Date | Judge | Procedure | Clerk | Ct. Reporter |
|------|-------|-----------|-------|--------------|
| 4/11/01 | Velis, J | Continue 5-17-01 final hearing VOP | Chermol | — |
| 4/20/01 | Page, J | Case on for pre-revocation hearing (Prob. serves Δ with another notice of violation) - cont'd to 5/17/01 for FH on VOP | Roscoe | Freer |
| 5-17-01 | Ford, J | Default; probation's warrant to issue | Moore | Malone |
| 5-17-01 | — | Issued | — | — |
| 9-18-01 | McDonald | Default Removed probation warrant Recalled court sets Bail at 100,000 w/o prej. Final probation 10-9-01 | Eason | Malone |
|  |  | Received 9/18/01 |  |  |
| 10-9-01 | Fecteau, J | Def. submits to VOP. VOP found See record for findings. SENTENCE: Balance of sentence imposed. Two years by Josephson, J, Feb 10, 1999 Credit 21 days Issued | Coffey | T. White |

A  true  copy:

  Attest:

  _Erin M Hamett_

  ~~Deputy~~ Assistant Clerk

# HAMPDEN SUPERIOR COURT

## COMMONWEALTH VS.

EDDIE SANTIAGO

See

Offense: UNLAW. POSS. OF A CONTR. SUBS. W/I TO DISTR. (CL. B-COCAINE)94C/32A(Bail: $500.00

Counsel: #3 Mickey Harris, 1350 Main,  731-5800        (See #4) Donna Donato, A.D.A.
& 30
27. Mark Mastroianni, 101 State, 732-0222

| | | | |
|---|---|---|---|
| 1997 Oct. | 7 | 1 | Entered |
| | | 2 | Summons. |
| | 14 | | Atty. R. Gordon appt'd R.53, Arr. only |
| | 30 | | WFR/PNG |
| | | | $500.00  w/cond. (see clk's log.) |
| Nov. | 10 | 3 | App.                         (McDonald, J) |
| | | 4 | P.C.R. |
| | 13 | 5 | Comm's. Mot. fro Recip. Disc. |
| | 20 | 6 | Recog. |
| Dec. 20 | | 7 | Mot. for Disc. of Drug ANalysis. |
| | | 8 | Mot. for Mandatory Disc. |
| | | 9 | Mot. for Stats. of Co-Defts. |
| | | 10 | Mot. fro Disc. of Stats. of Deft. |
| | | 11 | Mot. for Discl. of Prior and SUbseq. Bad Acts. |
| | | 12 | Mot. for Discl. of Booking Sheet. |
| 1998 Jan. | 5 | | End. on #'s 7,9,10,11,&12 Allowed   (Kottmyer, J) |
| | | | End. on #8 Allowed, except para. #3  (Kottmyer, J) |
| Feb. | 27 | 13 | Comm.'s list of witnesses |
| | 14 | | Comm.'s response to deft.'s request for surveillance location |

97 2181

| 1998 | | | |
|---|---|---|---|
| July | 7 | 15 | Comm. Mot. to continue |
| | 13 | 16 | NAC |
| Aug. | 6 | 17 | PCR |
| Sept. | 28 | 18 | PCR |
| Oct 7 | | 19 | Defense List of Potential Witnesses |
| Nov 6 | | 20 | PCR. |
| | 13 | 21 | Mot. to Continue. |
| | | 21A | Aff. |
| | | 22 | Reviewed Mot. to Continue. |
| | | 22A | Aff. |
| | | | End. on #21--Denied (Josephson, J.). |
| | | 23 | PCR. |
| | | | End. on #22--Allowed (Josephson, J.). |
| 1999 Feb 10 | | 24 | P.G. to so much of the indictment as alleges Unlaw. Poss of Cl B Cocaine w/i |
| | | | to Dist. (94C/32A(a)  Court accepts plea. (Josephson, J.) |
| | | 25 | Sent.: H.O.C. 2½ yrs., 6 months direct, bal susp. |
| | | | Ordered on probation for 2 yrs. on & after sent. of 6 months. |
| | | | No credit agreed. |
| | | | Conditions of probation: Drug counseling, treatment & testing as deemed necess- |
| | | | ary by P.O.  Sup. Ct. Prob. contract ordered into effect. |
| | | | V.W. assess $60.00 |
| | | | Drug assess. $150.00 |
| | | | Prob. super. fee to be determined by P.O. |
| | | 26 | ABS |
| | | 27 | App. |
| Dec. | 13 | 28 | Mot. to continue VOP |
| Dec. | 28 | 28a | Aff. |

A TRUE COPY
OF THE DOCKET MINUTES.

IN WITNESS WHEREOF, I hereunto
set my hand, and have caused the seal
of the Superior Court for the County
of Hampden to be affixed on this
___ day of ___ 05

_____ Clerk

# HAMPDEN SUPERIOR COURT

**COMMONWEALTH VS.**

EDDIE SANTIAGO

Bail: See

| | | |
|---|---|---|
| Offense: | | |
| Counsel: | | |
| 1999 DEC 15 | XXX | ~~Entered~~ page 2 |
| | | End on No.28—Allowed (Ford,J.) |
| 2000 Feb. 17 | | After hearing set finding in VOP |
| | | Prob. ext. 1/20/03 |
| | 29 | Special conditions of prob. as indicated by the court on the record |
| | | Probation Revocation Finding and Order (Curley, J.) |
| 2001 Apr. 11 | 30 | App. |
| | 20 | Case on for pre-rev. hearing (prob. serves deft. w/another notice of V.O.P.(Page, J. |
| May 17 | 31 | Mot. to just. |
| | 32 | Def. probation warr. (Ford, J.) |
| Sept. 18 | | Default removed, wrrant recalled. (McDonald, J.) |
| | 33 | Bail- $100,000.00 cash/surety without prejudice. |
| | | Mitt. |
| Oct. 9 | | Defendant submits to violation of probation. (see record for findings)(Fecteau, J.) |
| | 34 | Sentence: Balance of sentence imposed. Two (2) years by Josephson, J., February |
| | | 10, 1999. |
| | | Credit 21 days. |

A TRUE COPY

ATTEST
Clerk.

ON THE DOCKET MINUTES:

IN WITNESS WHEREOF, I hereunto
set my hand, and have caused the seal
of the Superior Court for the County
of Hampden to be affixed on this
_____ day of _____

## COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, SS

SUPERIOR COURT
INDICTMENT NO: 97-2182

### COMMONWEALTH

### VS.

### EDDIE SANTIAGO

---

**INDICTMENT**
**UNLAWFUL POSSESSION OF A CONTROLLED SUBSTANCE WITH**
**INTENT TO DISTRIBUTE (CLASS D - MARIJUANA)**
**GENERAL LAWS CHAPTER 94C, SECTION 32C(a)**

---

At the Superior Court, begun and holden at SPRINGFIELD, within and for the COUNTY of HAMPDEN, on the first Tuesday of September 1997. The GRAND JURORS for the Commonwealth of Massachusetts on their oath present that:

### EDDIE SANTIAGO

defendant herein, of SPRINGFIELD in the COUNTY of HAMPDEN, on or about September 10, 1997, at Springfield in the COUNTY of HAMPDEN, not being authorized by the provisions of General Laws Chapter 94C, did knowingly or intentionally cultivate, manufacture, distribute or dispense, or did possess with the intent to cultivate, manufacture, distribute or dispense, a controlled substance in Class D, namely: MARIJUANA.

**A TRUE BILL**

_Meredith McMahon_
Foreman of the Grand Jury

_William M. Bennett_
District Attorney

RETURN

HAMPDEN, ss  On this 7th day of October , 1997, this indictment was returned and presented to said Superior Court by the Grand Jury, and ordered to be filed and filed.

ATTEST: _Kathleen K. McLeod_ Assistant Clerk

A true copy:

Attest:
_Erin M Shanetty_
Deputy Assistant Clerk

Hampden Division
Superior Court Department
Marie G. Mazza, Esq.
Clerk /Magistrate

CLERK'S LOG

Case No. _97  2182_

COMMONWEALTH       v.

EDDIE SANTIAGO

Assistant District Attorney

Attorney for Defendant

| Date | Judge | Procedure | Clerk | Ct. Reporter |
|------|-------|-----------|-------|--------------|
| 10-30-97 | McDonald J. | _w.F.e._ PLEA: P.N.G ent BAIL: Date of: Pretrial Conference: | M. M. McGreal | Lois Bot |
| 2/10/99 | Josephson J | Retracts & pleads guilty Ct accepts plea. Sentence: Hampden City Hall C-30 days conc w/ 97-2181 | Ferguson | 7th Trial |
| 2/10/99 | ———— | Issued. | ——— | ——— |

A true copy:

Attest:

_[signature]_
Assistant Clerk



# HAMPDEN SUPERIOR COURT

97 2182

**COMMONWEALTH VS.**

EDDIE SANTIAGO

See

97-2181

Offense: UNLAW. POSS. OF A CONTR. SUBS. W/I TO DISTR. (CL D-MARIJUANA)          Bail:

94C/32C(a).

Counsel:

| 1997 Oct. 7 | 1 | Entered |
| 1999 Feb. 10 | 2 | P.G.   Court accepts plea. (Josephson, J.) |
| | | Sent.: H.O.C. 30 days |
| | | Conc. w/97-2181. |
| 12 | | ABS |

## COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, SS

SUPERIOR COURT
INDICTMENT NO: 97-2183

### COMMONWEALTH

### VS.

### EDDIE SANTIAGO

---

**INDICTMENT**
**VIOLATION OF CONTROLLED SUBSTANCE LAW**
**SCHOOL OR PARK ZONE**
**GENERAL LAWS CHAPTER 94C, SECTION 32J**

---

At the Superior Court, begun and holden at SPRINGFIELD, within and for the COUNTY of HAMPDEN, on the first Tuesday of September 1997. The GRAND JURORS for the Commonwealth of Massachusetts on their oath present that:

### EDDIE SANTIAGO

defendant herein, of SPRINGFIELD in the COUNTY of HAMPDEN, on or about September 10, 1997, at Springfield in the COUNTY of HAMPDEN, did violate the provisions of section thirty-two, thirty-two A, thirty-two B, thirty-two C, thirty-two D, thirty-two E, thirty-two F, or thirty-two I of Chapter 94C of the General Laws, while in or on, or within one thousand feet of the real property comprising a public or private elementary, vocational, or secondary school whether or not in session, or within one hundred feet of a public park or playground, namely: Kenefick Park.

_Mary Pat McMahon_
Foreman of the Grand Jury

**A TRUE BILL**

_William M Bennett_

District Attorney

### RETURN

HAMPDEN, ss  On this 7th day of October    , 1997, this indictment was returned and presented to said Superior Court by the Grand Jury, and ordered to be filed and filed.

ATTEST: _Kathleen M. Mcfied_ Assistant Clerk

A true copy.

Attest:

_Colin M Masotti_
Dep't Assistant Clerk

Hampden Division
Superior Court Department
Marie G. Mazza, Esq.
Clerk /Magistrate

CLERK'S LOG

97 2463

Case No. _____

COMMONWEALTH     v.

EDDIE SANTIAGO

_____
Assistant District Attorney

_____
Attorney for Defendant

| Date | Judge | Procedure | Clerk | Ct. Reporter |
|------|-------|-----------|-------|--------------|
| 10-30-97 | McDonald J | W.F.R. PLEA: B . N . G . _nt BAIL: Date of: Pretrial Conference: | R. m, McGrail | Lui Ba |
| 2/10/99 | Josephson J | Entry of Nolle Prosqui | Josephson | Free |

A true copy:

Attest:

_____ Assistant Clerk

# HAMPDEN SUPERIOR COURT

97 2188

## COMMONWEALTH VS.

EDDIE SANTIAGO

See
97-2181

Offense: VIOL. OF CONTR. SUBS. LAW SC/PK ZONE. 94C/32J.

Bail:

Counsel:

| | | |
|---|---|---|
| 1997 Oct. 7 | 1 | Entered |
| 1999 Feb. 10 | 2 | Nolle Prosequi. (Josephson, J.) |

A TRUE COPY
OF THE DOCKET MINUTES:

IN WITNESS WHEREOF, I hereunto
set my hand, and have caused the seal
of the Superior Court for the County
of Hampden to be affixed on this
___ day of _____

_____
Clerk

## COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, SS

SUPERIOR COURT
INDICTMENT NO: 97 · 2184

### COMMONWEALTH

### VS.

### EDDIE SANTIAGO

---

**INDICTMENT**
**TRESPASSING**
**GENERAL LAWS CHAPTER 266, SECTION 120**

---

At the Superior Court, begun and holden at SPRINGFIELD, within and for the COUNTY of HAMPDEN, on the first Tuesday of September 1997. The GRAND JURORS for the Commonwealth of Massachusetts on their oath present that:

### EDDIE SANTIAGO

defendant herein, of SPRINGFIELD in the COUNTY of HAMPDEN, on or about September 10, 1997, at Springfield in the COUNTY of HAMPDEN, did without right enter or remain in or upon the dwelling house, building, boat, improved or enclosed land, wharf or pier of another, after having been forbidden to do so by the person who had the lawful control of such premises, either directly or by notice posted thereon, or in violation of a court order pursuant to General Laws chapter 208, section 34B or General Laws chapter 209A section 3-4, in violation of General Laws chapter 266 section 120.

_Mary Pat McMahon_          **A TRUE BILL**          _William M. Bennett_
Foreman of the Grand Jury                                District Attorney

========================================

RETURN

HAMPDEN, ss  On this 7th day of October , 1997, this indictment was returned and presented to said Superior Court by the Grand Jury, and ordered to be filed and filed.

ATTEST: _Kathleen N. McGuel_ Assistant Clerk

A true copy:

Attest:

_John M. Sunulty_
Deputy Assistant Clerk

Hampden Division
Superior Court Department
Marie G. Mazza, Esq.
Clerk /Magistrate

CLERK'S LOG

97 2184

Case No. _____

COMMONWEALTH         v.

EDDIE SANTIAGO

_____
Assistant District Attorney

_____
Attorney for Defendant

| Date | Judge | Procedure | Clerk | Ct. Reporter |
|------|-------|-----------|-------|--------------|
| 10-30-97 | McDonald J | *w.F.R.* PLEA: P.N.G. at BAIL: Date of: Pretrial Conference: | K. M. McCraul | Lui's Cost |
| 2/10/99 | Josephson J | Retracts & pleads guilty Ct accepts plea. Sentence: Hampden Cty H/C — 30 days conc W 97-2181 | Josephson | True |
| 2/10/99 | ——— | Issued. | ——— | |

A true copy:

Attest:

_____
Assistant Clerk

# HAMPDEN SUPERIOR COURT

## COMMONWEALTH VS. EDDIE SANTIAGO

See 97-2181

97-2184

Bail:

Offense: TRESPASSING 266/120

Counsel:

| 1997 Oct. | 7 | 1 | Entered |
| 1999 Feb. | 10 | | P.G. Court accepts plea. (Josephson, J.) |
| | | 2 | Sent.: H.O.C. 30 days |
| | | | Conc w/97-2181. |

A TRUE COPY
OF THE DOCKET MINUTES:

IN WITNESS WHEREOF, I hereunto
set my hand, and have caused the seal
of the Superior Court for the County
of Hampden to be affixed on this
___ day of _____

_____ Clerk

# COMMONWEALTH OF MASSACHUSETTS

Hampden, ss.

Superior Court
Department of the
Trial Court No.

*97 - 2181*
*thru*
*97 - 2184*

**HAMPDEN COUNTY**
**SUPERIOR COURT**
**FILED**
NOV 10 1997

*Irene S. Mazza*
CLERK-MAGISTRATE

COMMONWEALTH

- vs -

*Eddie Santiago*

## APPEARANCE

In the above entitled action I appear for the ~~Commonwealth~~-Defendant.

_____
Attorney

*1350 Main St - 14th Fl.*
Address

*731-5800*
Telephone

A true copy:

Attest:

_____
Assistant Clerk

*11/10/97*

# COMMONWEALTH OF MASSACHUSETTS

Hampden, ss.

Superior Court
Department of the
Trial Court No.

$97 - 2131$

## COMMONWEALTH

- vs -

*SANTANA*

HAMPDEN COUNTY
SUPERIOR COURT
**FILED**

NOV 19 1999

*Marie A. Mazza*
CLERK-MAGISTRATE

## APPEARANCE

In the above entitled action I appear for the Commonwealth-Defendant.

_____
Attorney

_____ 101 STATE _____
Address

_____ 732-0222 _____
Telephone

A true copy:

Attest:

_____
Assistant Clerk

17

# CRIMINAL DOCKET

**DOCKET NO** 0123CR003554

ATTORNEY NAME: O A mostnorm

COURT DIVISION: Springfield

☐ INTERPRETER REQUIRED

NAME, ADDRESS AND ZIP CODE OF DEFENDANT
SANTIAGO, EDDIE
10 CHESTNUT STREET #1606
SPRINGFIELD, MA 01105

DATE and JUDGE

mmtjml*

S P O
1° 4°°

**DOCKET ENTRY**

☐ Attorney appointed (SJC R. 3:10)
☐ Atty denied and Deft Advised per 211D §2A
☐ Waiver of counsel found after colloquy

Terms of release set:
☐ PR    ☐ Bail:
☐ Held (276 §58A)
☐ See back for special conditions

DEFT. DOB AND SEX: ▓▓▓1977  M

DATE OF OFFENSE(S): 03/31/2001

PLACE OF OFFENSE(S): W SPRINGFIELD

COMPLAINANT: CANEY, TIMOTHY

POLICE DEPARTMENT (if applicable): WEST SPRINGFIELD PD

DATE OF COMPLAINT: 04/02/2001

RETURN DATE AND TIME: 04/02/2001 08:00:00

SEP 1 8 2001
Beattie J. |Uµ

Arraigned and advised:
☐ Potential of bail revocation (276 §58)
☐ Right to bail review (276 §58)
☐ Right to drug exam (111E §10)

Advised of right to jury trial:
☐ Does not waive
☐ Waiver of jury trial found after colloquy

Advised of trial rights as pro se (Supp. R. 4)

Advised of right of appeal to Appeals Ct (R. 28)

---

| COUNT/OFFENSE | FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|---|
| 1. 94C/34/D  DRUG, POSSESS CLASS B, SUBSQ. OFF. c94C § | | | | | ☒ WAIVED |

DISPOSITION DATE and JUDGE: SEP 1 8 2001  Beattie J.

DISPOSITION METHOD
☒ Guilty Plea or Admission to Sufficient Facts accepted after colloquy and 278 §29D warning
☐ Bench Trial
☐ Jury Trial
☐ None of the Above

FINDING
☐ Not Guilty
☒ Guilty
☐ Not Responsible
☐ Responsible
☐ No Probable Cause
☐ Probable Cause

SENTENCE OR OTHER DISPOSITION
☐ Sufficient facts found but continued without guilty finding until:
☐ Probation          ☐ Pretrial Probation (276 §87) - until:
☐ To be dismissed upon payment of court costs/restitution
☐ Dismissed upon: ☐ Request of Comm. ☐ Request of Victim
    ☐ Request of Deft    ☐ Failure to prosecute ☐ Other:
☐ Filed with Deft's consent    ☐ Nolle Prosequi    ☐ Decriminalized (277 §70C)

FINAL DISPOSITION
☐ Dismissed on recommendation of Probation Dept.
☐ Probation terminated: defendant discharged

6 mos HOC
direct

JUDGE        DATE

---

| COUNT/OFFENSE | FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|---|
| 2. 94C/34/H  DRUG, POSSESS CLASS D, SUBSQ. OFF. c94C § | | | | | ☒ WAIVED |

DISPOSITION DATE and JUDGE: SEP 1 8 2001  Beattie J.

DISPOSITION METHOD
☒ Guilty Plea or Admission to Sufficient Facts accepted after colloquy and 278 §29D warning
☐ Bench Trial
☐ Jury Trial
☐ None of the Above

FINDING
☐ Not Guilty
☒ Guilty
☐ Not Responsible
☐ Responsible
☐ No Probable Cause
☐ Probable Cause

SENTENCE OR OTHER DISPOSITION
☐ Sufficient facts found but continued without guilty finding until:
☐ Probation          ☐ Pretrial Probation (276 §87) - until:
☐ To be dismissed upon payment of court costs/restitution
☐ Dismissed upon: ☐ Request of Comm. ☐ Request of Victim
    ☐ Request of Deft    ☐ Failure to prosecute ☐ Other:
☐ Filed with Deft's consent    ☐ Nolle Prosequi    ☐ Decriminalized (277 §70C)

FINAL DISPOSITION
☐ Dismissed on recommendation of Probation Dept.
☐ Probation terminated: defendant discharged

90 days HOC
direct concurrent
w/ Ct 1

JUDGE        DATE

---

| COUNT/OFFENSE | FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|---|
| 3. 90/9/B  UNREGISTERED MOTOR VEHICLE * c90 §9 | | | | | ☐ NAMED |

DISPOSITION DATE and JUDGE: SEP 1 8 2001  Beattie J.

DISPOSITION METHOD
☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy and 278 §29D warning
☐ Bench Trial
☐ Jury Trial
☒ None of the Above

FINDING
☐ Not Guilty
☐ Guilty
☐ Not Responsible
☒ Responsible
☐ No Probable Cause
☐ Probable Cause

SENTENCE OR OTHER DISPOSITION
☐ Sufficient facts found but continued without guilty finding until:
☐ Probation          ☐ Pretrial Probation (276 §87) - until:
☐ To be dismissed upon payment of court costs/restitution
☐ Dismissed upon: ☐ Request of Comm. ☐ Request of Victim
    ☒ Request of Deft    ☐ Failure to prosecute ☐ Other:
☒ Filed with Deft's consent    ☐ Nolle Prosequi    ☐ Decriminalized (277 §70C)

FINAL DISPOSITION
☐ Dismissed on recommendation of Probation Dept.
☐ Probation terminated: defendant discharged

Robert E. Farr

JUDGE ATTEST COPY ALL DATE
ASSISTANT CLERK

---

| COUNT/OFFENSE | FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|---|
| 4. 90/34J  UNINSURED MOTOR VEHICLE c90 §34J | | | | | ☐ WAIVED |

DISPOSITION DATE and JUDGE: SEP 1 8 2001  Beattie J.

DISPOSITION METHOD
☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy and 278 §29D warning
☐ Bench Trial
☐ Jury Trial
☒ None of the Above

FINDING
☐ Not Guilty
☐ Guilty
☐ Not Responsible
☐ Responsible
☐ No Probable Cause
☐ Probable Cause

SENTENCE OR OTHER DISPOSITION
☐ Sufficient facts found but continued without guilty finding until:
☐ Probation          ☐ Pretrial Probation (276 §87) - until:
☐ To be dismissed upon payment of court costs/restitution
☐ Dismissed upon: ☐ Request of Comm. ☐ Request of Victim
    ☐ Request of Deft    ☐ Failure to prosecute ☐ Other:
☐ Filed with Deft's consent    ☒ Nolle Prosequi    ☐ Decriminalized (277 §70C)

FINAL DISPOSITION
☐ Dismissed on recommendation of Probation Dept.
☐ Probation terminated: defendant discharged

NOLLE PROSEQUI FILED
BY PROSECUTOR:
Sutherland

JUDGE        DATE

---

☒ ADDITIONAL COUNTS ATTACHED

A TRUE COPY ATTEST: X

CLERK-MAGISTRATE/ASST. CLERK

ON (DATE)

COURT ADDRESS
Springfield District Court
50 State Street
Springfield, MA 01103-2002

# ADDITIONAL COUNTS

Page 2 Of 2

| DOCKET NUMBER |
|---|
| **0123CR003554** |

| COUNT-OFFENSE | V/W FEE | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|---|
| 5. 90/23/G  NUMBER PLATE VIOLATION TO CONCEAL ID c90 §23 | | | | | |

DATE APR 04 201

PLEA: ☑ Not Guilty  ☐ Guilty  ☐ Nolo
☐ New Plea:  ☐ Admits suff. facts

IMPRISONMENT AND OTHER DISPOSITION

FINDING  SEP 1 8 2001   JUDGE Beattie, J.

☐ Cont. w/o finding until:
☐ Appeal of find. & disp.  ☐ Appeal of disp.

FINAL DISPOSITION                                        DATE
☐ Discharged from probation
☐ Dismissed at request of probation

| COUNT-OFFENSE | V/W FEE | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|---|
| 6. 90/17/A  SPEEDING * c90 §17 | | | | | |

DATE

PLEA: ☑ Not Guilty  ☐ Guilty  ☐ Nolo
☐ New Plea:  ☐ Admits suff. facts

IMPRISONMENT AND OTHER DISPOSITION

FINDING  SEP 1 8 200   JUDGE Beattie, J.

☐ Cont. w/o finding until:
☐ Appeal of find. & disp.  ☐ Appeal of disp.

FINAL DISPOSITION                                        DATE
☐ Discharged from probation
☐ Dismissed at request of probation

| COUNT-OFFENSE | V/W FEE | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|---|
| 7. 89/9  STOP/YIELD, FAIL TO * c89 §9 | | | | | |

DATE

PLEA: ☑ Not Guilty  ☐ Guilty  ☐ Nolo
☐ New Plea:  ☐ Admits suff. facts

IMPRISONMENT AND OTHER DISPOSITION

FINDING  SEP 1 8 2001   JUDGE Beattie, J.

☐ Cont. w/o finding until:
☐ Appeal of find. & disp.  ☐ Appeal of disp.

FINAL DISPOSITION                                        DATE
☐ Discharged from probation
☐ Dismissed at request of probation

| COUNT-OFFENSE | V/W FEE | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|---|
| 8. 90/24/E  NEGLIGENT OPERATION OF MOTOR VEHICLE c90 §2 | | | | | |

DATE

PLEA: ☑ Not Guilty  ☐ Guilty  ☐ Nolo
☐ New Plea:  ☐ Admits suff. facts

IMPRISONMENT AND OTHER DISPOSITION

FINDING  SEP 1 8 2001   JUDGE Beattie, J.

☐ Cont. w/o finding until:
☐ Appeal of find. & disp.  ☐ Appeal of disp.

FINAL DISPOSITION                                        DATE
☐ Discharged from probation
☐ Dismissed at request of probation

| COUNT-OFFENSE | V/W FEE | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|---|
| 9. 90/25/D  STOP FOR POLICE, FAIL c90 §25 | | | | | |

DATE

PLEA: ☑ Not Guilty  ☐ Guilty  ☐ Nolo
☐ New Plea:  ☐ Admits suff. facts

IMPRISONMENT AND OTHER DISPOSITION

FINDING   JUDGE Beattie, J.

A TRUE COPY. ATTEST

Robert E. Fire

☐ Cont. w/o finding until:
☐ Appeal of find. & disp.  ☐ Appeal of disp.

FINAL DISPOSITION                                        DATE
☐ Discharged from probation
☐ Dismissed at request of probation   **ASSISTANT CLERK**

| COUNT-OFFENSE | V/W FEE | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|---|
| 10. 90/23/E  LICENSE SUSPENDED, OP MV WITH, SUBSQ.OFF c9 | | | | | |

DATE

PLEA: ☑ Not Guilty  ☐ Guilty  ☐ Nolo
☐ New Plea:  ☐ Admits suff. facts

IMPRISONMENT AND OTHER DISPOSITION

90 days HOC ddect conc w/ Ct 1

FINDING   JUDGE Beattie, J.

☐ Cont. w/o finding until:
☐ Appeal of find. & disp.  ☐ Appeal of disp.

FINAL DISPOSITION                                        DATE
☐ Discharged from probation
☐ Dismissed at request of probation

## SCHEDULING HISTORY

| NO. | SCHEDULED DATE | SCHEDULED EVENT | RESULT | | JUDGE | TAPE NO | START | STOP |
|---|---|---|---|---|---|---|---|---|
| 1 | APR 0 1 2001 | PTM | ☐ Held ☐ Cont'd  4/20/01  # 2 | | Mahoney J | ✓2008 | |
| 2 | | | ☐ Held ☐ Cont'd | | | | |
| 3 | JUL 1 2 2001 | TRIAL | ☐ Held ☐ Cont'd  DEFAULT WARRANT | | Kumar J | | |
| 4 | | | ☐ Held ☐ Cont'd  WAR WD | | | | |
| 5 | | | ☐ Held ☐ Cont'd | | | | |
| 6 | | | ☐ Held ☐ Cont'd | | | | |
| 7 | | | ☐ Held ☐ Cont'd | | | | |
| 8 | | | ☐ Held ☐ Cont'd | | | | |
| 9 | | | ☐ Held ☐ Cont'd | | | | |
| 10 | | | ☐ Held ☐ Cont'd | | | | |

ARR=Arraignment  PT=Pretrial hearing  CE=Discovery compliance and jury election  T=Bench trial  J=Jury Trial  PC=Probable cause hearing  M=Motion hearing  SR=Status review
SRP=Status review of payments  FA=First appearance in jury session  S=Sentencing  CW=Continuance-without-finding scheduled to terminate  P=Probation scheduled to terminate
DFTA=Defendant failed to appear and was defaulted  WAR=Warrant issued  WARD=Default warrant issued  WR=Warrant or default warrant recalled  PR=Probation revocation hearing

## OTHER DOCKET ENTRIES

| ENTRY DATE | |
|---|---|
| 4/13/01 | BT 7/12/01 #3  4/6/01 Holiday week |
| SEP 1 8 2001 | Schedule Kumar J pro  DEFT. BEFORE COURT ON WARRANT  /war recalled  DEFAULT REMOVED                    Beattie, J. |
| | |
| | |
| | |
| | |
| | |

## ADDITIONAL ASSESSMENTS IMPOSED OR WAIVED

| DATE IMPOSED and JUDGE | TYPE OF ASSESSMENT | AMOUNT | DUE DATES and COMMENTS | ✓WAIVED |
|---|---|---|---|---|
| | Legal Counsel Fee (211D §2A ¶2) | | | |
| | Legal Counsel Contribution (211D §2) | | | |
| | Court Costs (280 §6) | | | |
| | Drug Analysis Fee (280 §6B) | | | |
| | OUI §24D Fee (90 §24D ¶9) | | | |
| | OUI Head Injury Surfine (90 §24[1][a][1] ¶2) | | | |
| | Probation Supervision Fee (276 §87A) | | A TRUE COPY ATTEST | |
| | Default Warrant Assessment Fee (276 §30 ¶2) | | Robert E. Sim | |
| | Default Warrant Removal Fee (276 §30 ¶1) | | ASSISTANT CLERK | |