UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | NO 05-30020-MAP |
| | ) | |
| EDDIE SANTIAGO | ) | |

## MOTION TO WITHDRAW AS COUNSEL

Now comes counsel for the defendant and respectfully requests this Honorable Court allow him to withdraw as attorney of record for the above named.

As grounds for this request, counsel relies upon his affidavit filed in support of this motion.

THE DEFENDANT

BY:_____
Mark G. Mastroianni
95 State Street - Suite #309
Springfield, MA 01103
(413) 732-0222
BBO #556084

### CERTIFICATE OF SERVICE

I, Mark G. Mastroianni, do hereby certify that I have served a copy of the foregoing to Assistant United States Attorney, United States District Court, 1550 Main Street, Springfield, MA 01103 this ₃₁ day of August 2005.

_____
Mark G. Mastroianni