UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                                                       )
vs.                                                    )         NO 05-30020-MAP
                                                       )
EDDIE SANTIAGO                              )

## MOTION TO SEAL

Now comes the defendant and respectfully request this Honorable Court to allow the affidavit filed in support of motion to withdraw be sealed.

As grounds, counsel requests counsel states the affidavit contains information regarding case preparation, defense theories and attorney client based information.

THE DEFENDANT

BY:

Mark G. Mastroianni , Esq.
95 State Street -Suite #309
Springfield, MA 01103
(413) 732-0222
BBO #556084