UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA, )
)
)
v. ) CRIM. NO. 05-30020-MAP
)
)
EDDIE SANTIAGO, )
)
Defendant. )

## GOVERNMENT'S MOTION FOR EXCLUDABLE DELAY PURSUANT TO THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves this Court for an order of excludable delay under the Speedy Trial Act for the following periods of time:

1. from August 3, 2005, the date on which the last period of excludable delay ended, through September 22, 2005, the date of the Initial Pretrial Conference in this matter, during which time counsel for the defendant, in consultation with the government and the defendant, was attempting to determine whether a conflict or potential conflict required him to withdraw from representing the defendant in this case; and,

2. from September 22, 2005, the date on which counsel for the defendant withdrew or was withdrawn from his representation of the defendant in this matter, through such time as successor counsel can be appointed for the defendant.

As grounds for this motion, the government states that the periods of excludable delay set forth above are in the interests

of justice, pursuant to 18 U.S.C. § 3161(h)(8)(A).

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney
                By:
                              Thomas J. O'Connor, Jr.
                              Assistant U.S. Attorney

Dated: October 5, 2005


## CERTIFICATE OF SERVICE

    This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

Timothy G. Watkins
Assistant Federal Public Defender
Federal Defender Office
District of Massachusetts
408 Atlantic Ave., 3rd Floor
Boston, MA 02210

    This 5th day of October, 2005.

                              Thomas J. O'Connor, Jr.
                              ASSISTANT U.S. ATTORNEY