UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIM. NO. 05-30020-MAP |
| ) | |
| EDDIE SANTIAGO, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR EXCLUDABLE DELAY**
(Assented to)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves this Court for an order of excludable delay under the Speedy Trial Act for the period of time from October 13, 2005, the date on which a status conference was held with newly appointed counsel for the defendant, through November 22, 2005, the date on which the next status conference in this case will be held. As grounds for this motion, the government states that the period of delay was requested by newly appointed defense counsel for the purpose of allowing him to meet with his client, review evidence in the case, and discuss his client's case with the government. Accordingly, the period of excludable delay set forth above is in the interests of justice, pursuant to 18 U.S.C. § 3161(h)(8)(A).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Thomas J. O'Connor, Jr.
Thomas J. O'Connor, Jr.
Assistant U.S. Attorney

Dated: October 13, 2005

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

Timothy G. Watkins
Assistant Federal Public Defender
Federal Defender Office
District of Massachusetts
408 Atlantic Ave., 3rd Floor
Boston, MA 02210

This 13th day of October, 2005.

Thomas J. O'Connor, Jr.
ASSISTANT U.S. ATTORNEY

2