```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA,    )
                             )
                             )
        v.                   )   CRIM. NO. 05-30020-MAP
                             )
                             )
EDDIE SANTIAGO,              )
                             )
        Defendant.           )

## MOTION FOR EXCLUDABLE DELAY

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves this Court for an order of excludable delay under the Speedy Trial Act for the period of time from November 22, 2005, the date of the most recent status conference in this matter, through December 16, 2005, the scheduled date for an interim status conference, during which time the parties will be resolving remaining discovery issues, pursuant to 18 U.S.C. § 3161(h)(1)(F).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Thomas J. O'Connor, Jr.
Assistant U.S. Attorney

Dated: November 22, 2005

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

Timothy G. Watkins
Assistant Federal Public Defender
Federal Defender Office
District of Massachusetts
408 Atlantic Ave., 3rd Floor
Boston, MA 02210

This 22nd day of November, 2005.

_____
Thomas J. O'Connor, Jr.
ASSISTANT U.S. ATTORNEY