UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIM. NO. 05-30020-MAP |
| | ) |
| EDDIE SANTIAGO, | ) |
| Defendant. | ) |

**MOTION FOR EXCLUDABLE DELAY UNDER THE SPEEDY TRIAL ACT**

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves this Court for an order of excludable delay under the Speedy Trial Act for the period of time from December 21, 2005, the date of the most recent status conference in this matter, through January 5, 2006, the next scheduled court date. As grounds for this motion, the government states that the defendant has indicated that he will be using the time to resolve issues of representation by counsel. Accordingly, the time period described above should be excluded in the interests of justice, pursuant to 18 U.S.C. § 3161(h)(8)(A).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Thomas J. O'Connor, Jr.
Thomas J. O'Connor, Jr.
Assistant U.S. Attorney

Dated: December 21, 2005

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

Timothy G. Watkins  
Assistant Federal Public Defender  
Federal Defender Office  
District of Massachusetts  
408 Atlantic Ave., 3rd Floor  
Boston, MA 02210  

This 21st day of December, 2005.

_____  
Thomas J. O'Connor, Jr.  
ASSISTANT U.S. ATTORNEY

2