```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| ) | |
| v.                         ) | CRIM. NO. 05-30020-MAP |
| ) | |
| ) | |
| EDDIE SANTIAGO,            ) | |
| ) | |
| Defendant.             ) | |

**MOTION FOR EXCLUDABLE DELAY UNDER THE SPEEDY TRIAL ACT**

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves this Court for an order of excludable delay under the Speedy Trial Act for the period of time from January 5, 2006, the date of the most recent status conference in this matter at which time new counsel for the defendant made his first appearance, through February 8, 2006, the next scheduled court date.  As grounds for this motion, the government states that the defendant's new counsel has indicated that he will be using the time to review the discovery in the case.  Accordingly, the time period described above should be excluded in the interests of justice, pursuant to 18 U.S.C. § 3161(h)(8)(A).

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney
                       By:
                              _____
                              Thomas J. O'Connor, Jr.
                              Assistant U.S. Attorney
```

Dated: January 6, 2005

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

Vincent A. Bongiorni, Esq.
95 State Street
Springfield, MA 01103

This 6th day of January, 2006.

_____
Thomas J. O'Connor, Jr.
ASSISTANT U.S. ATTORNEY