```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,    )   CRIM. NO. 05-30020-MAP
                             )
        vs.                  )
                             )
EDDIE SANTIAGO,              )
                             )
              Defendant.     )
```

### STIPULATION REGARDING DRUG ANALYSIS

The parties hereby stipulate and agree that if the United States of America had called a chemist from the Drug Enforcement Administration Laboratory, that chemist would have testified as follows:

> On or about May 26, 2004, the DEA Laboratory analyzed Exhibit No. 1. Exhibit No. 1 consisted of off-white chunks in a tied plastic baggie. Based upon chemical analysis, and the expert opinion of the DEA chemist, the off-white chucks contained within Exhibit No. 1 are in fact cocaine base, also known as crack cocaine, and that the net weight of Exhibit No. 1 is 99.0 grams.
>
> Submitted this ___ day of June, 2006.
>
>                              For the United States:
>
>
>                              _____
>                              WILLIAM M. WELCH II
>                              Assistant United States Attorney

For the defendant:

_____
VINCENT BONGIORNI, ESQ.
Attorney For Eddie Santiago


_____
EDDIE SANTIAGO

<u>CERTIFICATE OF SERVICE</u>

Hampden, ss.                              Springfield, Massachusetts
                                          June 22, 2006

    I, William M. Welch, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by electronic service to:

Vincent Bongiorni, Esq.
95 State Street
Springfield, MA  01103

                                          _____
                                          WILLIAM M. WELCH II
                                          Assistant United States Attorney