UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES )|  |
| ) |  |
| vs. ) | No. 05-CR-30020 MAP |
| ) |  |
| EDDIE SANTIAGO ) |  |

### **PROTECTIVE ORDER**

    This case, United States v. Eddie Santiago, is scheduled to begin trial and counsel requests to be protected from Monday, July 17, 2006 until Monday, July 28, 2006.

    WHEREFORE, it is ORDERED, that Vincent A. Bongiorni be present to commence the trial above referred to, and that he remain present and engaged in the trial above referred to until completion, and that he be protected from complying with the Order of any other Court to be otherwise present.

    IT IS SO ORDERED.

_____
Honorable Judge