UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA, | ) | CRIM. NO. 05-30020-MAP |
|---|---|---|
| vs. | ) | |
| EDDIE SANTIAGO, | ) | |
| Defendant. | ) | |

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | REC'D | ADM'D | WITNESS |
|---|---|---|---|---|
| 1. | Tape Cassette, dated 04/14/04, between Eddie Santiago and Cooperating Witness (N-2) | | | |
| 2. | Transcript of Taped Conversation, dated 04/14/04, between Eddie Santiago and Cooperating Witness | | | |
| 3. | Tape Cassette, dated 04/15/04, between Eddie Santiago and Cooperating Witness (N-3) | | | |
| 4. | First Transcript of Taped Conversation, dated 04/15/04, between Eddie Santiago and Cooperating Witness | | | |

| | | | | |
|---|---|---|---|---|
| 5. | Second Transcript of Taped Conversation, dated 04/15/04, between Eddie Santiago and Cooperating Witness | | | |
| 6. | Tape Cassette, dated 05/14/04, between Eddie Santiago and Cooperating Witness (N-6) | | | |
| 7. | First Transcript of Taped Conversation, dated 05/14/04, between Eddie Santiago and Cooperating Witness | | | |
| 8. | Second Transcript of Taped Conversation, dated 05/14/04, between Eddie Santiago and Cooperating Witness | | | |
| 9. | Third Transcript of Taped Conversation, dated 05/14/04, between Eddie Santiago and Cooperating Witness | | | |
| 10. | Tape Cassette, dated 05/14/04, between Eddie Santiago and Two Cooperating Witnesses (N-8) | | | |
| 11. | First Transcript of Taped Conversation, dated 05/14/04, between Eddie Santiago and Two Cooperating Witnesses | | | |
| 12. | Second Transcript of Taped Conversation, dated 05/14/04, between Eddie Santiago and Two Cooperating Witnesses | | | |

| | | | | |
|---|---|---|---|---|
| 13. | Video Cassette, dated 05/17/04, between Eddie Santiago and Two Cooperating Witnesses (N-9) | | | |
| 14. | Transcript of Audio of Video Recording, dated 05/17/04, between Eddie Santiago and Two Cooperating Witnesses | | | |
| 15. | Plastic Baggie Containing Off-White Chunks Received on 05/17/04 | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |
| 21. | | | | |

| 22. | | | | |
|---|---|---|---|---|
| 23. | | | | |

Filed this 17th day of July, 2006.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

*/s/ William M. Welch II*
WILLIAM M. WELCH II
Assistant United States Attorney

## CERTIFICATE OF SERVICE

Hampden, ss.                                Springfield, Massachusetts
                                            July 16, 2006

    I, William M. Welch, Assistant U.S. Attorney, do hereby certify that I have served the copy of the foregoing by hand-delivery to Vincent Bongiorni, Esq.

_____
WILLIAM M. WELCH II
Assistant United States Attorney