UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIM. NO. 05-30020-MAP |
| | ) |
| vs. | ) |
| | ) |
| EDDIE SANTIAGO, | ) |
| | ) |
| Defendant. | ) |

### GOVERNMENT'S WITNESS LIST

1. Special Agent John Barron
   1550 Main Street
   Springfield, MA

2. Jason Dixon
   Address Withheld due to Safety Concerns
   Springfield, MA

3. Special Agent John Jusino
   1550 Main Street
   Springfield, MA

4. Special Agent Robert Olsen
   1550 Main Street
   Springfield, MA

5. Chris Ortega
   Address Withheld due to Safety Concerns
   Springfield, MA

6. Stacey Turner
   DEA Laboratory
   New York, NY

Filed this 17th day of July, 2006.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

_____
WILLIAM M. WELCH II
Assistant United States Attorney

1

## CERTIFICATE OF SERVICE

Hampden, ss.                    Springfield, Massachusetts
                                July 16, 2006

    I, William M. Welch, Assistant U.S. Attorney, do hereby certify that I have served the copy of the foregoing by hand-delivery to Vincent Bongiorni, Esq.

_____
WILLIAM M. WELCH II
Assistant United States Attorney