# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                      CASE NO. **05-30020-MAP**

**EDDIE SANTIAGO**

## VERDICT FORM

WE, THE JURY, FIND THE DEFENDANT (GUILTY) ~~NOT GUILTY~~ OF POSSESSION WITH INTENT TO DISTRIBUTE, OR DISTRIBUTION, OF COCAINE BASE IN THE FORM OF CRACK COCAINE, IN AN AMOUNT OF FIFTY(50) GRAMS OR MORE.

7-27-06
DATE

_____
FOREPERSON'S SIGNATURE

(VERDICT.WPD - 10/96)