AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

__FIRST__   DISTRICT OF   __MASSACHUSETTS__

UNITED STATES

v.

EDDIE SANTIAGO

**APPEARANCE**

Case Number:   05-CR-30020-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   United States of America

I certify that I am admitted to practice in this court.

September 13, 2006
Date

Signature

Todd Newhouse
Print Name                                   Bar Number

1550 Main Street, Room 310
Address

Springfield                MA        01103
City                       State     Zip Code

413-785-0109               413-785-0394
Phone Number               Fax Number