

# M E M O R A N D U M

To:        The Honorable Michael A. Ponsor
           U.S. District Judge

From:      Richard Rinaldi
           U.S. Probation Officer

Re:        SANTIAGO, Eddie
           Docket #05-30020

Date:      October 12, 2006

The first draft of the Presentence Report in the above-mentioned matter is currently scheduled to be disclosed on October 16, 2006. Shortly after the above-mentioned defendant pleaded guilty before the Court, he was transferred to the Wyatt Detention Center in Central Falls, Rhode Island. Due to the extremely high level of the current workload for the Court Officer, a trip to Rhode Island to perform the social interview has been difficult to schedule. As a result, the U.S. Marshal agents agreed to transport the defendant to the Springfield Courthouse when a transport vehicle was scheduled to make a trip out here. Unfortunately, the proposed trips for the past several weeks were cancelled and the interview has not been conducted. Due to Court commitments and other caseload responsibilities, a trip to Rhode Island in the immediate future appears unlikely to occur. As a result, the Probation Department respectfully requests that disposition in the above-mentioned matter be continued for approximately four weeks.

The Probation Department wishes to thank the Court for its consideration in this matter.