UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
)
v. ) CR NO. 05-30020-MAP
)
EDDIE SANTIAGO )

SCHEDULING ORDER

December 18, 2006

PONSOR, D.J.

Counsel appeared for a status conference on December 15, 2006 to discuss procedures related to the information filed by the government in this case under 21 U.S.C. § 851.

Based upon counsel's representations, it is clear that an evidentiary hearing will be needed with regard to this issue. The court hereby orders as follows:

   1.  The current sentencing date of January 3, 2007 at 2:00 p.m will be set aside for this hearing, and the sentencing will be postponed to a later date.

   2.  Counsel are ordered to confer with each other with regard to the witnesses who will be offered at this proceeding.

   3.  Defense counsel also indicated an inclination to file an <u>ex</u> <u>parte</u> motion for funds for an expert. This motion should be filed promptly to permit the expert to complete his or her work well in advance of the rescheduled sentencing proceeding.

It is So Ordered.

                              /s/ Michael A. Ponsor
                              MICHAEL A. PONSOR
                              United States District Judge