UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to: WARDEN, OLD COLONY CORRECTIONAL INSTITUTION; BRIDGEPORT, CT

YOU ARE COMMANDED to have the body of JULIO DEJESUS now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1550 Main St., U.S. Marshal's Office, 4th Floor, Springfield, Massachusetts on   1/3/07  , at  2:00 p.m..   for the purpose of

EVIDENTIARY HEARING

in the case of UNITED STATES OF AMERICA V. EDDIE SANTIAGO

CR 05-30020-MAP

And you are to retain the body of said JULIO DEJESUS while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said JULIO DEJESUS to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this  27TH  day of  DECEMBER   2006   .


PONSOR, D.J.
UNITED STATES DISTRICT JUDGE

SARAH THORNTON
CLERK OF COURT

SEAL

By:  s/Elizabeth A.. French 
Deputy Clerk

(Habeas Writ.wpd - 2/2000)                                                        [kwhcap.] or
                                                                                  [kwhcat.]