UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 05-30020-MAP** |
| | ) | |
| **EDDIE SANTIAGO,** | ) | |
| **Defendant** | ) | |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America (the prosecution in the above-captioned case) hereby appeals to the United States Court of Appeals for the First Circuit from the district court's (Ponsor, J.) February 8, 2007 *Memorandum and order Regarding Defendant's Motion to Strike the Government's Information*, which order allowed the defendant Eddie Santiago's *Motion to Strike the Government's Information* (docket entry 58, entered on February 8, 2007). The order is appealable pursuant to 21 U.S.C. §851(d)(2).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:    /s/ *Todd E. Newhouse*
TODD E. NEWHOUSE
Assistant U.S. Attorney

Certificate of Service

I hereby certify that on February 23, 2007, this Notice of Appeal filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ *Todd E. Newhouse*
TODD E. NEWHOUSE
Assistant U.S. Attorney