# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-30020-MAP

UNITED STATES OF AMERICA,

v.

EDDIE SANTIAGO,

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

#'S 1 - 59

and contained in    1    Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 2/26/07  .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on .

Sarah A Thornton, Clerk of Court

By:   /s/ Mary Finn

Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED:   _____

O:\Clerks Office\Forms\Local\ClerksCertificate-COA.frm- 3/06

APPEAL

# United States District Court
# District of Massachusetts (Springfield)
# CRIMINAL DOCKET FOR CASE #: 3:05-cr-30020-MAP-ALL

Case title: USA v. Santiago                           Date Filed: 04/14/2005

Assigned to: Judge Michael A Ponsor

**Defendant**

**Eddie Santiago** (1)                  represented by **Mark G. Mastroianni**
*also known as*                         Law Office of Mark G. Mastroianni
E-Dub (1)                               Suite 309
                                        95 State Street
                                        Springfield, MA 01103
                                        413-732-0222
                                        Fax: 413-746-4971
                                        Email: maddison@choiceonemail.com
                                        *TERMINATED: 10/06/2005*
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*
                                        *Designation: Retained*

                                        **Timothy G. Watkins**
                                        Federal Defender's Office
                                        District of Massachusetts
                                        408 Atlantic Ave.
                                        Third Floor
                                        Suite 328
                                        Boston, MA 02210
                                        617-223-8061
                                        Fax: 617-223-8080
                                        Email: timothy_watkins@fd.org
                                        *TERMINATED: 12/21/2005*
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*
                                        *Designation: Public Defender or*
                                        *Community Defender Appointment*

                                        **Vincent A. Bongiorni**
                                        95 State Street
                                        Suite 309
                                        Springfield, MA 01103
                                        413-732-0222
                                        Fax: 413-746-4970
                                        Email:

Vbongiorni@choiceonemail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE, 21 U.S.C. 841(a)(1) (1) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

USA    represented by   **Ariane D. Vuono**
United States Attorney's Office
Suite 310
1550 Main Street
Springfield, MA 01103
413-785-0330
Fax: 413-785-0394
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Todd E. Newhouse**
United States Attorney's Office
1550 Main Street
3rd Floor
Springfield, MA 01103
413-785-0109
Fax: 413-785-0394
Email: Todd.Newhouse@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William M. Welch, II**
United States Attorney's Office
1550 Main Street
Springfield, MA 01103
413-785-0237
Fax: 413-785-0394
Email: william.welch2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/14/2005 | 1 | NOTICE OF ATTORNEY APPEARANCE Thomas J. O'Connor, Jr appearing for USA. (Healy, Bethaney) (Entered: 04/15/2005) |
| 04/14/2005 | 2 | NOTICE OF ATTORNEY APPEARANCE Ariane D. Vuono appearing for USA. (Healy, Bethaney) (Entered: 04/15/2005) |
| 04/14/2005 | 3 | INDICTMENT as to Eddie Santiago (1) count(s) 1. (Healy, Bethaney) (Entered: 04/15/2005) |
| 04/15/2005 | 4 | MOTION to Seal Case as to Eddie Santiago by USA. (Healy, Bethaney) (Entered: 04/18/2005) |
| 04/15/2005 |  | Magistrate Judge Kenneth P. Neiman. ELECTRONIC ORDER granting 4 Motion to Seal Case as to Eddie Santiago (1), ENTERED. (Healy, Bethaney) (Entered: 04/18/2005) |
| 04/27/2005 | 5 | Govt's MOTION to Unseal Case - Arrest Warrant and Indictment as to Eddie Santiago by USA filed. (Finn, Mary) (Entered: 04/27/2005) |
| 04/27/2005 |  | Magistrate Judge Kenneth P. Neiman. ELECTRONIC ORDER granting 5 Motion to Unseal Case as to Eddie Santiago (1), ENTERED, cc:cl. (Healy, Bethaney) (Entered: 04/27/2005) |
| 04/27/2005 | 6 | MOTION for Detention as to Eddie Santiago by USA. (Healy, Bethaney) (Entered: 04/28/2005) |
| 04/27/2005 | 7 | NOTICE OF ATTORNEY APPEARANCE: Mark G. Mastroianni appearing for Eddie Santiago (Healy, Bethaney) (Entered: 04/28/2005) |
| 04/27/2005 |  | Arrest of Eddie Santiago (Healy, Bethaney) (Entered: 04/28/2005) |
| 04/27/2005 |  | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys O'Connor and Mastroianni) and Defendant appear for Initial Appearance, Detention Hearing, and Arraignment as to Eddie Santiago (1) Count 1 held on 4/27/2005. Deft advised of rights. Deft pleads not guilty to charges. Arguments re: detention. Court orders Defendant detained pending trial. Schedule established with order to issue. (Court Reporter FTR.) (Healy, Bethaney) (Entered: 04/28/2005) |

| | | |
|---|---|---|
| 04/27/2005 | 8 | NOTICE re automatic disclosure as to Eddie Santiago (Healy, Bethaney) (Entered: 04/28/2005) |
| 04/27/2005 | 9 | Magistrate Judge Kenneth P. Neiman. ORDER OF DETENTION PENDING TRIAL as to Eddie Santiago. ENTERED, cc:cl. (Healy, Bethaney) (Entered: 04/28/2005) |
| 04/28/2005 | 10 | Magistrate Judge Kenneth P. Neiman. SCHEDULING ORDER as to Eddie Santiago ENTERED, cc:cl. Initial Status Conference set for 6/15/2005 at 2:00 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman; joint memo due by 6/13/05. (Healy, Bethaney) (Entered: 04/28/2005) |
| 04/29/2005 | | Judge Kenneth P. Neiman : Electronic ORDER entered granting 6 Motion for Detention as to Eddie Santiago (1) for the reasons stated in court. See also Document No. 9. (Neiman, Kenneth) (Entered: 04/29/2005) |
| 05/20/2005 | 11 | Govt's Letter (non-motion) regarding automatic discovery obligations as to Eddie Santiago filed. (Finn, Mary) (Entered: 05/20/2005) |
| 06/13/2005 | 12 | Parites JOINT MEMORANDUM of the parties re initial status conference by Eddie Santiago filed. (Finn, Mary) (Entered: 06/14/2005) |
| 06/24/2005 | | NOTICE OF RESCHEDULING as to Eddie Santiago ISSUED, cc:cl. Status Conference rescheduled to 6/30/2005 at 3:30 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman. (Healy, Bethaney) (Entered: 06/24/2005) |
| 06/30/2005 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys O'Connor and Mastroianni) appear for Status Conference as to Eddie Santiago held on 6/30/2005. Colloquy r: status of matter. Order to issue. (Court Reporter FTR.) (Healy, Bethaney) (Entered: 06/30/2005) |
| 06/30/2005 | 13 | Magistrate Judge Kenneth P. Neiman. SCHEDULING ORDER as to Eddie Santiago ENTERED, cc:cl. Interim Status Conference set for 8/3/2005 at 3:00 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman; joint memo by 8/2/05. (Healy, Bethaney) (Entered: 06/30/2005) |
| 06/30/2005 | 14 | Magistrate Judge Kenneth P. Neiman. INITIAL STATUS REPORT as to Eddie Santiago, cc:cl. (Healy, Bethaney) (Entered: 06/30/2005) |
| 07/26/2005 | | NOTICE OF RESCHEDULING as to Eddie Santiago, issued, CC:CL. Status Conference rescheduled to 8/8/2005 at 3:00 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman. (Healy, Bethaney) (Entered: 07/26/2005) |
| 08/03/2005 | 15 | Joint MOTION for Leave to one day late as to Eddie Santiagoby Eddie Santiago, and USA. (Attachments: # 1 Proposed Status Conference Report)(Lindsay, Maurice) (Entered: 08/03/2005) |
| 08/05/2005 | | Magistrate Judge Kenneth P. Neiman. ELECTRONIC ORDER granting 15 Motion for Leave to File one day late as to Eddie Santiago (1). |

| | | |
|---|---|---|
| | | ENTERED, cc:cl. (Healy, Bethaney) (Entered: 08/05/2005) |
| 08/05/2005 | 16 | JOINT MEMORANDUM of the parties re initial status conference by Eddie Santiago (Healy, Bethaney) (Entered: 08/05/2005) |
| 08/08/2005 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys O'Connor and Mastroianni) appear for Interim Status Conference as to Eddie Santiago held on 8/8/2005. Final status report to issue. (Court Reporter FTR.) (Healy, Bethaney) (Entered: 08/10/2005) |
| 08/09/2005 | 17 | Magistrate Judge Kenneth P. Neiman. FINAL STATUS REPORT as to Eddie Santiago ENTERED, cc:cl. Initial Pretrial Conference set for 9/22/2005 at 2:00 PM in Courtroom 1 before Judge Michael A Ponsor. (Healy, Bethaney) (Entered: 08/10/2005) |
| 08/09/2005 | 18 | Magistrate Judge Kenneth P. Neiman. ORDER ON EXCLUDABLE DELAY as to Eddie Santiago ENTERED, cc:cl. Time excluded from April 27, 2005 until May 11, 2005. Time excluded from June 15, 2005 until August 8, 2005. (Healy, Bethaney) (Entered: 08/10/2005) |
| 08/17/2005 | 19 | INFORMATION TO ESTABLISH PRIOR CONVICTION as to Eddie Santiago by U.S.A. filed. (Attachments: # 1)(Finn, Mary) (Entered: 08/17/2005) |
| 09/01/2005 | 20 | Deft's MOTION to Withdraw as Attorney by Mark G. Mastroianni. as to Eddie Santiago filed.(Finn, Mary) (Entered: 09/01/2005) |
| 09/01/2005 | 21 | Deft's SEALED AFFIDAVIT of Mark G. Mastroianni by Eddie Santiago in support of his 20 MOTION to Withdraw as Attorney by Mark G. Mastroianni FILED UNDER SEAL. (Finn, Mary) (Entered: 09/01/2005) |
| 09/01/2005 | 22 | Def's MOTION to Seal [21] Affidavit of Mark G. Mastroianni in support of his 20 motion to withdraw as counsel as to Eddie Santiago filed. (Finn, Mary) (Entered: 09/01/2005) |
| 09/02/2005 | | Judge Michael A Ponsor : Electronic ORDER entered denying 20 Motion to Withdraw as Attorney. as to Eddie Santiago (1); granting 22 Motion to Seal as to Eddie Santiago (1) "Denied without prejudice pending retention of new counsel privately, or application for appointment of counsel based on indigency. Defendant should not be without counsel" (French, Elizabeth) (Entered: 09/02/2005) |
| 10/06/2005 | | REMARK: Phone call w/Myriam Conrad, Public Defenders Office; She will appoint public defender to represent to Eddie Santiago; Clerk to be notified of appointment and contact will be made w/Attorney Mastroianni for update of case by attorney appointed; Status conference set for October 13, 2005, at 2:00 p.m. Public Defenders office notified and agreed to date for status; (French, Elizabeth) (Entered: 10/06/2005) |
| 10/06/2005 | | EMAIL FROM M. CONRAD indicating Timothy Watkins appointed to case as to Eddie Santiago;. Attorney update in case as to Eddie Santiago. Attorney Timothy G. Watkins for Eddie Santiago added. Attorney Mark G. Mastroianni terminated. (French, Elizabeth) (Entered: 10/06/2005) |

| | | |
|---|---|---|
| 10/06/2005 | 23 | Govt's MOTION for an Order of Excludable Delay for the time period from 8/03/2005 to 9/22/2005 as to Eddie Santiago by USA filed. (Finn, Mary) (Entered: 10/07/2005) |
| 10/07/2005 | | Judge Michael A Ponsor : ElectronicORDER entered granting 23 Motion to Exclude as to Eddie Santiago (1) "The interests of justice in these circumstances outweigh the usual interest in a speedy trial. (French, Elizabeth) (Entered: 10/07/2005) |
| 10/07/2005 | | Set/Reset Deadlines/Hearings as to Eddie Santiago: Status Conference w/newly appointed counsel set for 10/13/2005 02:00 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 10/07/2005) |
| 10/13/2005 | | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Status Conference as to Eddie Santiago held on 10/13/2005 Status Conference set for 11/22/2005 02:00 PM in Courtroom 1 before Judge Michael A Ponsor. (Court Reporter Alice Moran.) (Stuckenbruck, John) (Entered: 10/13/2005) |
| 10/13/2005 | 24 | Govt's Assented to MOTION for an Order of Excludable Delay for the time period from 10/13/2005 to 11/22/2005 to as to Eddie Santiago by USA filed. (Finn, Mary) Additional attachment(s) added on 10/14/2005 (Finn, Mary). (Entered: 10/14/2005) |
| 10/14/2005 | | Judge Michael A Ponsor : ELECTRONIC ENDORSED ORDER entered granting the Govt's 24 Motion for an Order of Exclude Delay for the time period 10/13/2005 to 11/22/2005 as to Eddie Santiago (1): cc/cl. (Finn, Mary) (Entered: 10/14/2005) |
| 10/14/2005 | 25 | Judge Michael A Ponsor : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Eddie Santiago Time excluded from 10/13/2005 until 11/22/2005; cc/cl. (Finn, Mary) (Entered: 10/14/2005) |
| 11/22/2005 | | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Status Conference as to Eddie Santiago held on 11/22/2005 Status Conference set for 12/16/2005 02:30 PM in Courtroom 1 before Judge Michael A Ponsor. (Court Reporter Sarah Mubarek.) (French, Elizabeth) (Entered: 11/22/2005) |
| 11/22/2005 | 26 | MOTION for Excludable Delay from 11/22/05 to 12/16/05 as to Eddie Santiago by USA. (Stuckenbruck, John) (Entered: 11/22/2005) |
| 11/23/2005 | | Judge Michael A Ponsor : Endorsed ORDER entered granting 26 Motion to ExcludeTime in the interests of justice from 11/22/05 to 12/16/05 as to Eddie Santiago (1) (Stuckenbruck, John) (Entered: 11/23/2005) |
| 12/15/2005 | 27 | Assented to MOTION to Continue *Status Conference* as to Eddie Santiago. (Watkins, Timothy) (Entered: 12/15/2005) |
| 12/16/2005 | | Judge Michael A Ponsor : Electronic ORDER entered granting 27 Motion to Continue as to Eddie Santiago (1) Status Conference reset for 12/21/2005 11:00 AM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 12/16/2005) |

| | | |
|---|---|---|
| 12/21/2005 | 28 | Govt's MOTION for Excludable Delay from 12/21/05 to 1/5/06 as to Eddie Santiagoby USA. (Lindsay, Maurice) (Entered: 12/21/2005) |
| 12/21/2005 |  | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Status Conference as to Eddie Santiago held on 12/21/2005 - Defendant present - re: issue of counsel; Attorney Bongiorni contacted and will report to the court as to whether he is willing to be appointed in this case; Status conference set for 1/5/06 at 3:00 p.m. (Def. to be present) (Court Reporter Sara Mubarek.) (French, Elizabeth) (Entered: 12/22/2005) |
| 12/21/2005 |  | Attorney Bongiorni reports to court, willing to be apointed as to Eddie Santiago: Attorney Watkins to be contacted as to status of counsel (French, Elizabeth) (Entered: 12/22/2005) |
| 12/21/2005 |  | Attorney update in case as to Eddie Santiago. Attorney Vincent A. Bongiorni for Eddie Santiago added. Attorney Timothy G. Watkins terminated. (French, Elizabeth) (Entered: 12/22/2005) |
| 12/22/2005 |  | Set/Reset Deadlines/Hearings as to Eddie Santiago: Status Conference set for 1/5/2006 03:00 PM in Courtroom 1 before Judge Michael A Ponsor. (Defendant shall be present) (French, Elizabeth) (Entered: 12/22/2005) |
| 12/22/2005 |  | Judge Michael A Ponsor : Electronic ORDER entered granting 28 Motion to Exclude as to Eddie Santiago (1) "In this circumstance, the interests of justice outweigh the usual interest in a speedy trial" (French, Elizabeth) (Entered: 12/22/2005) |
| 01/05/2006 |  | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Status Conference w/new counsel as to Eddie Santiago held on 1/5/2006 Further status set for 2/8/06 at 3:30 p.m. (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 01/06/2006) |
| 01/05/2006 |  | Set/Reset Deadlines/Hearings as to Eddie Santiago: Further Status Conference set for 2/8/2006 03:30 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 01/06/2006) |
| 01/06/2006 | 29 | MOTION for Speedy Trial Act Excludable Delay as to Eddie Santiagoby USA. (O'Connor, Thomas) (Entered: 01/06/2006) |
| 01/17/2006 |  | Judge Michael A Ponsor : Electronic ORDER entered granting 29 Motion for Speedy Trial as to Eddie Santiago (1) "In this circumstance the interests of justice outweight the usual interest in a speedy trial" (French, Elizabeth) (Entered: 01/18/2006) |
| 02/08/2006 | 30 | MOTION for Speedy Trial Act Exclusion as to Eddie Santiagoby USA. (O'Connor, Thomas) (Entered: 02/08/2006) |
| 02/08/2006 |  | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Status Conference as to Eddie Santiago held on 2/8/2006 - Further status conference set for 3/8/06: Government to file appropriate motion for excludable delay (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 02/09/2006) |
| | | |

| 03/09/2006 | | Case as to Eddie Santiago no longer referred to Magistrate Judge Kenneth P. Neiman. (Healy, Bethaney) (Entered: 03/09/2006) |
|---|---|---|
| 03/28/2006 | | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Status Conference as to Eddie Santiago held on 3/28/2006 - Counsel reports trial date needed; Trial set for 7/3/06 at 9:00 a.m. (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 03/28/2006) |
| 03/28/2006 | | Set/Reset Deadlines/Hearings as to Eddie Santiago: Jury Trial set for 7/3/2006 09:00 AM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 03/28/2006) |
| 03/28/2006 | 31 | Seventh MOTION for Speedy Trial *Act Excludable Delay* as to Eddie Santiagoby USA. (O'Connor, Thomas) (Entered: 03/28/2006) |
| 04/17/2006 | | Judge Michael A Ponsor : Endorsed ORDER entered granting 31 Motion for Exclusion of Time from 3/8/06 - 7/3/06 Under Speedy Trial Act as to Eddie Santiago (1) (Stuckenbruck, John) (Entered: 04/17/2006) |
| 04/18/2006 | 32 | Judge Michael A Ponsor : Electronic ORDER ON EXCLUDABLE DELAY as to Eddie Santiago. Time excluded from 3/8/06 until 7/3/06. (Stuckenbruck, John) (Entered: 04/18/2006) |
| 05/31/2006 | | ELECTRONIC NOTICE OF RESCHEDULING as to Eddie Santiago Jury Trial RESET from 7/3/06 TO 7/5/2006 09:00 AM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 05/31/2006) |
| 06/13/2006 | | ELECTRONIC NOTICE OF HEARING as to Eddie Santiago Status Conference set for 6/22/2006 02:30 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 06/13/2006) |
| 06/21/2006 | | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Status Conference as to Eddie Santiago held on 6/21/2006 re: 7/5/06 trial date. Atty. Bongiorni may need to seek a continuance due to trial in USA v. Michael Crooker which precedes Santiago trial. Court discusses other potential trial dates with counsel. (Court Reporter Alice Moran.) (Stuckenbruck, John) (Entered: 06/22/2006) |
| 06/22/2006 | 33 | STIPULATION re Drug Analysis by USA as to Eddie Santiago (Welch, William) (Entered: 06/22/2006) |
| 07/05/2006 | | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Status Conference as to Eddie Santiago held on 7/5/2006 - Further status conference set for 7/10/06 at 4:00 p.m.; Trial tentatively rescheduled to 7/12/06 at 9:00 a.m. (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 07/05/2006) |
| 07/05/2006 | 34 | MOTION for Excludable Delay from 7/3/06 to 7/12/06 as to Eddie Santiagoby USA. (Welch, William) (Entered: 07/05/2006) |
| 07/06/2006 | 35 | NOTICE OF ATTORNEY APPEARANCE William M. Welch, II appearing for USA. (Welch, William) (Entered: 07/06/2006) |
| | | |

| | | |
|---|---|---|
| 07/10/2006 | | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Status Conference as to Eddie Santiago held on 7/10/2006 Tentative trial date of 7/17/06 for jury selection only; evidence to commence on 7/24/06 (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 07/10/2006) |
| 07/10/2006 | ⊙ | CONFIRMED TRIAL DATE as to Eddie Santiago: After further consultation w/counsel, jury selection only will go forward at 9:00 a.m. on 7/17/06; Evidence shall begin on 7/24/06 at 9:00 a.m. (French, Elizabeth) (Entered: 07/11/2006) |
| 07/11/2006 | ⊙36 | Proposed Protective Order as to Eddie Santiago. (Bongiorni, Vincent) Additional attachment(s) added on 7/11/2006 (Finn, Mary). Modified on 7/31/2006 to change text from motion to proposed order. (Stuckenbruck, John). (Entered: 07/11/2006) |
| 07/14/2006 | ⊙37 | Proposed Voir Dire by USA as to Eddie Santiago (Welch, William) (Entered: 07/14/2006) |
| 07/17/2006 | ⊙ | Judge Michael A Ponsor : endorsed ORDERS entered granting 30 Motion for Speedy Trial from 2/8/06 to 3/8/06 in the interests of justice to permit counsel to prepare adequately as to Eddie Santiago (1); granting 34 Motion to Exclude from 7/3/06 to 7/12/06 in the interests of justice given counsel's trial schedule before this court as to Eddie Santiago (1); granting 36 Motion for Protective Order as to Eddie Santiago (1) (Stuckenbruck, John) Modified on 7/18/2006 to add text of endorsements. (Stuckenbruck, John). Modified on 7/18/2006 (Stuckenbruck, John). (Entered: 07/17/2006) |
| 07/17/2006 | ⊙ | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Voir Dire begun on 7/17/2006 Eddie Santiago (1) on Count 1. Jury of Twelve and Two impaneled and not sworn. Trial continued to 7/24/06 @ 9:00 for opening statements and evidence. (Court Reporter Sarah Mubarek.) (Stuckenbruck, John) (Entered: 07/17/2006) |
| 07/17/2006 | ⊙40 | EXHIBIT LIST by USA as to Eddie Santiago (Stuckenbruck, John) (Entered: 07/24/2006) |
| 07/17/2006 | ⊙41 | WITNESS LIST by USA as to Eddie Santiago (Stuckenbruck, John) (Entered: 07/24/2006) |
| 07/17/2006 | ⊙43 | Judge Michael A Ponsor : PROTECTIVE ORDER entered. as to Eddie Santiago re: 36 pProposed Protective Order filed by Atty. Bongiorni. (Stuckenbruck, John) (Entered: 07/31/2006) |
| 07/18/2006 | ⊙ | Notice of correction to docket made by Court staff. Correction: text of court's endorsements added re: motions to exclude time and to toll speedy trial clock, docs. 30 and 34 as to Eddie Santiago (Stuckenbruck, John) (Entered: 07/18/2006) |
| 07/19/2006 | ⊙38 | Sealed MOTION to Seal Dft's [39] Ex-Parte Request as to Eddie Santiago. (Lindsay, Maurice) (Entered: 07/19/2006) |
| 07/19/2006 | ⊙39 | Dft's SEALED EX-PARTE MOTION as to Eddie Santiago. (Lindsay, |

| | | |
|---|---|---|
| | | Maurice) (Entered: 07/19/2006) |
| 07/19/2006 | 🌐 | Judge Michael A Ponsor : Electronic ORDER entered granting [38] Motion to Seal as to Eddie Santiago (1); granting [39] Sealed Motion as to Eddie Santiago (1) (Stuckenbruck, John) (Entered: 07/19/2006) |
| 07/24/2006 | 🌐 | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Jury Trial as to Eddie Santiago held on 7/24/2006. Jury sworn. Opening statements of counsel. Govt't evidence begins. Court recesses @ 1:00 pm until 9:00 AM, 7/25/06. (Court Reporter Alice Moran.) (Stuckenbruck, John) (Entered: 07/25/2006) |
| 07/25/2006 | 🌐 42 | Memorandum regarding Entrapment Instruction as to Eddie Santiago (Welch, William) (Entered: 07/25/2006) |
| 07/25/2006 | 🌐 | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Jury Trial as to Eddie Santiago held on 7/25/2006. Court discusses issues re: juror #6 w/juror and counsel. Juror #6 excused and replaced by juror #13.Govt's evidence continues. Govt rests. Deft. oraaly moves for judgment of acquittal. Motion denied. Jury released @ 12:15 PM until 9:00 AM, 7/26/06. Court discusses issues regarding potential deft. witness, Jason Dixon. Court questions witness and informs deft. that court will appoint counsel. Witness to return on 7/26. Atty. Terry Nagel appointed for witness. (Court Reporter Alice Moran.) (Stuckenbruck, John) Modified on 7/26/2006 to add additional text(Stuckenbruck, John). (Entered: 07/26/2006) |
| 07/26/2006 | 🌐 | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Jury Trial as to Eddie Santiago held on 7/26/2006.Conference w/ counsel re: defendant's potential witnesses, Jason Dixon and Chris Ortega. Voir dire of witnesses out of jury presence. Court orders that witnesses will not testify after hearing arguments of counsel. Deft. rests. Deft. moves for judgment of acquittal, denied. Govt's rebuttal evidence. Govt rests. Deft. renews motion, denied. Charging conference held. Closing arguments of counsel. Jury released for lunch. Court's instructions on the law. Jury begins deliberations at 1:50 PM. Jury delivers question to court at 3:20 PM. Court confers with counsel and then answers jury question in open court. Jury resumes deliberations and is released at 5:05 PM until 9:00 AM 7/27/06. (Court Reporter Alice Moran.) (Stuckenbruck, John) (Entered: 08/01/2006) |
| 07/27/2006 | 🌐 | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Jury Trial as to Eddie Santiago held on 7/27/2006. Jury resumes deliberations at 9:20 AM. Jury returns verdict at 11:00 AM. Guilty on Count 1. Jury discharged. Sentencing set for 11/1/06 @ 2:00 PM. (Court Reporter Alice Moran.) (Stuckenbruck, John) (Entered: 08/01/2006) |
| 07/27/2006 | 🌐 44 | JURY VERDICT as to Eddie Santiago (1) Guilty on Count 1. (Stuckenbruck, John) (Entered: 08/01/2006) |
| 07/27/2006 | 🌐 45 | Judge Michael A Ponsor : ORDER entered Prohibiting Post Verdict Contact w/Jurors as to Eddie Santiago (Stuckenbruck, John) (Entered: 08/01/2006) |

| | | |
|---|---|---|
| 08/01/2006 | 46 | Judge Michael A Ponsor : Electronic ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Eddie Santiago Sentencing set for 11/1/2006 02:00 PM in Courtroom 1 before Judge Michael A Ponsor. (Stuckenbruck, John) (Entered: 08/01/2006) |
| 09/13/2006 | 47 | NOTICE OF ATTORNEY APPEARANCE Todd E. Newhouse appearing for USA filed. (Finn, Mary) (Entered: 09/14/2006) |
| 09/26/2006 | | ELECTRONIC NOTICE OF RESCHEDULING as to Eddie Santiago Sentencing RESET for 11/20/2006 03:00 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 09/26/2006) |
| 10/13/2006 | 48 | Memorandum from Probation as to Eddie Santiago: requesting that disposition be continued for four weeks - APPROVED BY COURT PONSOR, USDJ (French, Elizabeth) (Entered: 10/13/2006) |
| 10/13/2006 | | ELECTRONIC NOTICE OF RESCHEDULING as to Eddie Santiago Sentencing RESET for 1/3/2007 02:00 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 10/13/2006) |
| 10/17/2006 | 49 | MOTION to Continue *Sentencing date* as to Eddie Santiago. (Bongiorni, Vincent) (Entered: 10/17/2006) |
| 10/18/2006 | | Judge Michael A Ponsor : Electronic ORDER entered denying 49 Motion to Continue sentencing as to Eddie Santiago 1). The sentencing was recently continued at the request of probation to 1/3/07. The defense, therefore, effectively received the eight week postponement. (Stuckenbruck, John) (Entered: 10/18/2006) |
| 10/31/2006 | 50 | MOTION to Strike *Government's Information* as to Eddie Santiago. (Bongiorni, Vincent) (Entered: 10/31/2006) |
| 12/07/2006 | | ELECTRONIC NOTICE OF HEARING as to Eddie Santiago Status Conference set for 12/15/2006 02:00 PM in Courtroom 1 before Judge Michael A Ponsor RE: Dkt number 50 Defendant's response to Government's information(French, Elizabeth) (Entered: 12/07/2006) |
| 12/15/2006 | 51 | MOTION to Continue *Sentencing Hearing* as to Eddie Santiago. (Bongiorni, Vincent) (Entered: 12/15/2006) |
| 12/15/2006 | | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Status Conference as to Eddie Santiago held on 12/15/2006 - Sentencing hearing set for 1/3/07 is vacated; Evidentiary Hearing on Motion to Strike government information shall go forward on 1/3/07 at 2:00 p.m. (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 12/18/2006) |
| 12/18/2006 | 52 | EX-PARTE MOTION as to Eddie Santiago. (Lindsay, Maurice) (Entered: 12/18/2006) |
| 12/18/2006 | 53 | MOTION to Seal 52 Ex-Parte Motion as to Eddie Santiago. (Lindsay, Maurice) (Entered: 12/18/2006) |
| 12/18/2006 | 54 | Judge Michael A Ponsor : ORDER entered. SCHEDULING ORDER as |

| | | |
|---|---|---|
| | | to Eddie Santiago (SEE ORDER FOR DETAILS) (French, Elizabeth) (Entered: 12/18/2006) |
| 12/19/2006 | 🔵 | *SEALED* Judge Michael A Ponsor : ENDORSED ORDER entered granting the Deft's 52 Sealed Motion as to Eddie Santiago (1), to a maximum of $5,000.00; cc/cl. (Finn, Mary) (Entered: 12/19/2006) |
| 12/19/2006 | 🔵 | Judge Michael A Ponsor : ENDORSED ORDER entered granting the Deft's 53 Motion to Seal document 52 as to Eddie Santiago (1); cc/cl. (Finn, Mary) (Entered: 12/19/2006) |
| 12/19/2006 | 🔵 | Judge Michael A Ponsor : endorsedORDER entered granting 51 Motion to Continue sentencing as to Eddie Santiago (1) - "Allowed, the current date will be used for ahearing on issues related to 21 USC 851. So Ordered" (French, Elizabeth) (Entered: 12/19/2006) |
| 12/22/2006 | 🔵55 | *SEALED* Deft's MOTION for Writ of Habeas Corpus ad testificandum for appearance of Julio DeJesus for the 1/03/2007 sentencing hearingas to Eddie Santiago filed. (Finn, Mary) Modified on 12/26/2006 to seal entry. (Stuckenbruck, John). (Entered: 12/22/2006) |
| 12/26/2006 | 🔵 | Judge Michael A Ponsor : Electronic ORDER entered granting 55 Motion for Writ of Habeas Corpus ad testificandum as to Eddie Santiago (1) (Stuckenbruck, John) (Entered: 12/26/2006) |
| 12/27/2006 | 🔵56 | Writ of Habeas Corpus ad Testificandum Issued as to Julio Dejesus for 1/7/07 in case as to Eddie Santiago (French, Elizabeth) (Entered: 12/27/2006) |
| 01/03/2007 | 🔵 | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Evidentiary Hearing as to Eddie Santiago held on 1/3/2007. Govt's evidence. Deft's evidence begins. Hearing to continue on 1/4/07 @ 11:00 AM. (Court Reporter Sarah Mubarek.) (Stuckenbruck, John) (Entered: 01/04/2007) |
| 01/04/2007 | 🔵 | Attorney update in case as to Eddie Santiago. (Stuckenbruck, John) (Entered: 01/04/2007) |
| 01/04/2007 | 🔵 | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor : Continuation ofEvidentiary Hearing as to Eddie Santiago held on 1/4/2007 - Witness: Eddie Santiago; Hearing concludes; matter taken under advisement (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 01/05/2007) |
| 02/08/2007 | 🔵57 | Judge Michael A Ponsor : MEMORANDUM AND ORDER entered granting 50 Motion to Strike Government's information as to Eddie Santiago (1) - Government is hereby ordered to file a status report by 2/23/07 informing the Court whether it will exercise its right to take an immediate appeal of this ruling pursuant to 21 USC 851(d)(2). If the government does not wish to proceed with an appeal at this time, the clerk will set the matter for sentencing. SEE MEMO AND ORDER FOR COMPLETE DETAILS (French, Elizabeth) (Entered: 02/08/2007) |
| 02/23/2007 | 🔵58 | NOTICE OF APPEAL by USA as to Eddie Santiago NOTICE TO |

|  |  | COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/15/2007. (Newhouse, Todd) (Entered: 02/23/2007) |
| --- | --- | --- |
| 02/23/2007 | 59 | STATUS REPORT by USA as to Eddie Santiago (Newhouse, Todd) (Entered: 02/23/2007) |