# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name : U.S. v. Eddie Santiago
District Court Case No. : 05-CR-30020-MAP
Date Notice of Appeal filed:
Form filed on behalf of: United States

District of: Massachusetts
Court of Appeals Case No.: 07-1364

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal (please check if transcript is not necessary): [ ]
Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary):

## TRANSCRIPT ORDER

Name of Court Reporter: Philbin & Associates, Inc.(Court Reporter: Sarah Mubarek)
Phone Number of Reporter: (413) 733-4078

A. [X] **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| | PROCEEDING(S) | HEARING DATE(S) |
|---|---|---|
| [ ] | Jury Voir dire | Date(s): |
| [ ] | Opening Statement (plaintiff) | Date(s): |
| [ ] | Opening Statement (defendant) | Date(s): |
| [ ] | Trial | Date(s): |
| [ ] | Closing Argument (plaintiff) | Date(s): |
| [ ] | Closing Argument (defendant) | Date(s): |
| [ ] | Findings of Fact/Conclusions of Law | Date(s): |
| [ ] | Jury Instructions | Date(s): |
| [ ] | Change of Plea | Date(s): |
| [X] | Sentencing Evidentiary Hearing | Date(s): 1/3/2007 |
| [ ] | Bail hearing | Date(s): |
| [ ] | Pretrial proceedings (specify): | Date(s): |
| [ ] | Testimony (specify) : | Date(s): |
| [ ] | Other (specify): | Date(s): |

NOTE: Failure to specify in adequate detail those proceedings to be transcribed may lead to the rejection of this form and the dismissal of the appeal.

B. [x] **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

[ ] Private funds.
[ ] Government expense (civil case). IFP has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
[ ] Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
[ ] Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
[√] Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name: AUSA Todd E. Newhouse         Filer's Signature _____

Firm/Address :   United States Attorney's Office, 1550 Main Street, Room 310, Springfield, MA 01103

Telephone number: (413) 785-0235         Date mailed to court reporter: 2/13/07

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (10/24/03)                                                                 SEE INSTRUCTIONS ON REVERSE

# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT
## TRANSCRIPT REPORT/ORDER FORM

This form must be completed by any party who files a notice of appeal to the First Circuit. It should also be used by any party wishing to order a transcript for an appeal.

**A Transcript Report/Order Form that fails to comply with these instructions will be rejected. In addition, the appeal will be subject to dismissal pursuant to Local Rules 3(b) and 10(a) if appellant fails to timely file a Transcript Report/Order Form.**

### TRANSCRIPT REPORT INSTRUCTIONS

If a transcript is not necessary for the appeal, or the transcript is already completed and filed with the district court, only the Transcript Report section needs to be completed. Appellant must file two (2) copies of the form with the court of appeals clerk's office, accompanied by proof of service on opposing party[ies], within fourteen (14) days after the case is docketed in the court of appeals.

### TRANSCRIPT ORDER INSTRUCTIONS

If the transcripts is being ordered, the Transcript Order section of the form must be completed. The completed Transcript Order Form must be filed with the court reporter in the district court within ten (10) days after filing the notice of appeal. Fed. R. App. P. 10(b). Do not submit this form until financial arrangements have been made with the court reporter. Appellant must file two (2) copies of the completed Transcript Order Form with the court of appeals clerk's office, accompanied by proof of service on opposing party[ies], within fourteen (14) days after the case is docketed in the court of appeals.

### CRIMINAL JUSTICE ACT INSTRUCTIONS

Any party ordering transcripts at government expense under the Criminal Justice Act must also complete a CJA Form 24, Authorization and Voucher for Payment of Transcripts. The voucher must be authorized by either the district court judge or the circuit court judge prior to the order being placed with the court reporter. Both the Transcript Order Form and CJA Form 24 must indicate with specificity those proceedings to be transcribed. The transcript order will be considered timely for purposes of Fed. R. App. P. 10(b) and Local Rules 3(b) and 10(a) if a completed Transcript Order Form and a CJA Form 24 in need of authorization are received by the court of appeals clerk's office within fourteen (14) days of the docketing of the appeal. The clerk's office will forward the Transcript Order Form and authorized CJA Form 24 to the court reporter.

**NOTE:** A separate transcript order (and if necessary, a CJA Form 24) must be completed for each court reporter from whom a transcript is requested.

### COURT REPORTER'S DUTIES

The court reporter should indicate on the Transcript Order Form the date of receipt of the form. Once the Transcript Order Form is filed in the court of appeals clerk's office, the clerk's office will send a Transcript Order Acknowledgment to the court reporter setting a 60-day deadline for production of the transcript. If the court reporter returns the Acknowledgment indicating that the transcript order is incomplete for any reason, the 60-day deadline will be suspended until the party ordering the transcript cures the deficiency. If the court reporter cannot complete the transcript by the deadline, he or she must file a motion for extension in the court of appeals. Fed. R. App. P. 11(b). Once the transcript is complete, the court reporter must file a copy with the district court, and file a Certification of Filing of Transcript with the court of appeals clerk's office.