UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 3:05-cr-30020-MAP

UNITED STATES OF AMERICA
Plaintiff
v.
EDDIE SANTIAGO
Defendant

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: **61 and 62** are the original or electronically filed pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 3/13/07

Sarah A. Thornton, Clerk of Court

By: /s/ *Maurice G. Lindsay*

Maurice G. Lindsay, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: _____

_____
Deputy Clerk, US Court of Appeals