

05-30020
Judge Ponsor
USDC SP

# United States Court of Appeals
## For the First Circuit

No. 06-2688

UNITED STATES,

Appellant,

v.

EDDIE SANTIAGO, a/k/a E-Dub,

Defendant - Appellee.

**JUDGMENT**
Entered: May 4, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's assented-to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

**Mandate to issue forthwith.**

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 5/4/07

By the Court:

Richard Cushing Donovan, Clerk

By: _____MARGARET CARTER_____
Margaret Carter, Chief Deputy Clerk

[cc: Ariane Vuono, AUSA, Todd Newhouse, AUSA, William Welch, AUSA, Dina Michael Chaitowitz, AUSA, Vincent Bongiorni, Esq.]