UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES of AMERICA | ) | |
| | ) | |
| vs. | ) | NO.  05-30020-MAP |
| | ) | |
| EDDIE SANTIAGO | ) | |

## NOTICE OF APPEAL

Now comes the defendant pursuant to the Federal Rules of Appellate Procedure (Rule 4) and notifies this court of his intent to appeal findings and rulings at trial which were adverse to him.

Respectfully submitted,

DEFENDANT

 /s/ Eddie Santiago____

CERTIFICATE OF SERVICE

I, Eddie Santiago, do hereby certify that I have served a copy of the foregoing via CM/ECF to Attorney Vincent A. Bongiorni, and United States Attorney, 1550 Main Street, Springfield, MA 01103 this 21 day of September 2007.

/s/Eddie Santiago