UNITED STATES APPEALS COURT
FIRST CIRCUIT

| | |
|---|---|
| UNITED STATES of AMERICA )<br>    Appellee )<br>)<br>vs. )<br>)<br>EDDIE SANTIAGO )<br>    Defendant/Appellant ) | 05 CR 30020-MAP |

## MOTION TO APPOINT APPELLATE COUNSEL

Now comes the defendant and respectfully requests this Honorable Court appoint him appellate counsel for the purpose of:

    I. Pursuing his own appeal relative to findings and rulings which were adverse to him.

As grounds for this request, counsel states he has filed a Motion to Withdraw with attached Affidavits stating the reason he can longer represent the defendant. In addition, counsel was appointed and defendant reports to be indigent and has no present ability to retain any counsel for appellate purposes.

Respectfully submitted,

DEFENDANT

BY: _____
Vincent A. Bongiorni, Esq.
95 State Street - Suite #309
Springfield, MA 01103
(413) 732-0222
BBO #049040

## CERTIFICATE OF SERVICE

I, Vincent A. Bongiorni, Esq., do hereby certify that I have served a copy of the foregoing via CM/ECF to United States Attorney, 1550 Main Street, Springfield, MA this 21 day of September 2007.

_____
Vincent A. Bongiorni