UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 3:05-cr-30020-MAP

UNITED STATES OF AMERICA,
Plaintiff
v.
EDDIE SANTIAGO,
Defendant

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 1 through 64 and 67 through 84 contained in Volume(s) 1 are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on. 10/5/07.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 10/5/07.

Sarah A Thornton, Clerk of Court

By: /s/ *Maurice G. Lindsay*
Maurice G. Lindsay
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 10/12/07 .

*Melinda McKenzie*
Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 07-2543

N:\MyFiles\DOCS\ClerksCertificate-COA.frm- 3/06